# EXHIBIT 2

## ASSERTED CLAIMS
## (AS REVISED)

| U.S. Patent No. 6,878,179 |
| --- |
| **Claims** |
| 20. A solid fertilizer composition for plant production comprised of decontaminated manure, Bacillus spores, humic acid and, optionally, one or more N--P--K compounds, wherein the Bacillus spores are from strains of probiotic Bacillus bacteria that enhance beneficial microbial populations within a rhizosphere of a plant. |
| 21. The fertilizer composition of claim 20 formulated as a complete fertilizer. |

| U.S. Patent No. 7,044,994 |
| --- |
| **Claims** |
| 1. A fertilizer composition comprised of decontaminated manure and Bacillus spores wherein the decontaminated manure has a total aerobic/facultative viable plate count reduced by 2-4 logs (100 to 10,000 times) compared to raw manure. |
| 2. The fertilizer composition of claim 1 comprising a humic acid. |
| 3. The fertilizer composition of claim 2 comprising an additive selected from the group consisting of N compounds, P compounds, K compounds, and combinations thereof. |
| 4. The fertilizer composition of claim 3 where the decontaminated manure, the Bacillus spores, the additive, and the humic acid are blended into admixture resulting in a granular or powdered product. |
| 7. The fertilizer composition of claim 1 wherein the Bacillus spores are from strains of probiotic Bacillus bacteria capable of enhancing beneficial microbial populations within a rhizosphere of a plant. |

2

9. The fertilizer composition of claim 3 where the N compound are selected from the group consisting of urea, ammonium sulfate, ammonium nitrate, ammonium phosphate, calcium nitrate, potassium nitrate, sodium nitrate; the P compounds are selected from the group consisting of ammonium phosphate, superphosphate, $Ca(H_2PO_4)_2$, tricalcium phosphate, phosphate salts of sodium or potassium, including orthoposphate salts; and the K compounds are selected from the group consisting of KCl, potassium sulfate, potassium nitrate, and phosphate salts of potassium, including orthophosphate salts.

14. The fertilizer composition of claim 1 wherein the Bacillus spores are present in sufficient concentration to effect a viable spore count of between $10^6$ cfu to $10^9$ cfu per gram of dry composition.

23. A solid fertilizer composition for plant production comprised of decontaminated manure, Bacillus spores, humic acid and, optionally, one or more N--P--K compounds wherein the decontaminated manure has a total aerobic/facultative viable plate count reduced by 2-4 logs (100 to 10,000 times) compared to raw manure.

24. The fertilizer composition of claim 23 formulated as a complete fertilizer.

27. The fertilizer composition of claim 23 wherein the Bacillus spores are from strains of probiotic Bacillus bacteria capable of enhancing beneficial microbial populations within a rhizosphrer of a plant.

| U.S. Patent No. 7,442,224 |
| --- |
| **Claims** |
| 12. A method of increasing the yield of a plant while reducing the nitrogen effect, the method comprising the steps of: a) supplying to a rhizosphere of a plant a sufficient amount of a fertilizer composition comprising decontaminated manure and Bacillus spores to increase yield without significantly increasing the nitrogen effect; and b) maintaining contact between the rhizosphere of the plant and the composition for a time sufficient to enhance yield of the plant while reducing nitrogen effect. |
| 14. A method of increasing concentration of beneficial non-bacillusorganisms in a rhizosphere, the method comprising applying an effective amount of a fertilizer composition comprising decontaminated manure and Bacillusspores to a rhizosphere for a time sufficient to increase concentration of non-bacillusbeneficial organisms in the rhizosphere, the non-bacillus beneficial organisms selected from the group consisting of actinomycetes and nitrogen fixing bacteria. |