# EXHIBIT 4

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

1 (Pages 1 to 4)

**1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

```
MICROBES, INC. and          )
RHIZOGEN, L.L.C.,           )
                            )
            Plaintiffs,     )
                            )  CIVIL ACTION FILE
    vs.                     )  NO.: 2:09-CV-00237
                            )
THE ESPOMA COMPANY, ADVANCED)
MICROBIAL SOLUTIONS, L.L.C.,)
and CALLOWAY'S NURSERY, INC.,)
                            )
            Defendants.     )
                    - - -
```

VIDEOTAPED DEPOSITION OF
JOSEPH KLOEPPER
JANUARY 19, 2011
9:00 A.M.

HILL, KERTSCHER & WHARTON, LLP
3350 RIVERWOOD PARKWAY SUITE 800
ATLANTA, GEORGIA

REPORTED BY:
STEVEN S. HUSEBY, RPR
CCR-B-1372

**2**

INDEX                                      PAGE

Examination by Elliott .......... 7, 265

Examination by Schultz .......... 259


DEPOSITION    DESCRIPTION        PAGE
EXHIBITS

Exhibit 1    U.S. Patent Number 6,878,179    5

Exhibit 2    U.S. Patent Number 7,442,224    5

Exhibit 3    U.S. Patent Number 7,044,994    5

Exhibit 85   Letter from Robert Ames
             to David Terry dated
             04-21-06

Exhibit 88   E-mail from Robert Ames         5
             to Michael Totora dated
             04-17-07

Exhibit 89   E-mail from Robert Ames         5
             to Jeremy Brauner dated
             04-23-07 with attached
             report prepared by AMS

Exhibit 119  Exhibit B of PR 4-3 Joint       5
             Claim Construction and
             Pre-Hearing Statement
             entitled Disputed Claim
             Constructions

**3**

INDEX (Continued)

DEPOSITION    DESCRIPTION        PAGE
EXHIBITS

Exhibit 120  Exhibit C of PR 4-3 Joint       5
             Claim Construction and
             Pre-Hearing Statement entitled
             Summary of the Proposed
             Testimony of Defendants' Expert
             Witness

Exhibit 121  Summary of the asserted claims  5
             from each one of the three asserted
             patents

Exhibit 122  Curriculum vitae of Joseph W.   5
             Kloepper and recent publications

Exhibit 123  Defendants The Espoma Company   5
             And Calloway's Nursery's
             Preliminary Invalidity
             Contentions For U.S. Patent
             No. 7,044,944, U.S. Patent
             No. 6,878,179 and U.S. Patent
             No. 7,442,224

Exhibit 124  Collection of documents supplied 5
             by Espoma containing numerous
             documents by Plant Right

Exhibit 125  Plaintiffs' Disclosure Of       5
             Asserted Claims And
             Infringement Contentions To
             Defendant Advanced Microbial
             Solutions

Exhibit 126  Collection of various images    5
             made of Espoma commercial products

**4**

INDEX (Continued)

DEPOSITION    DESCRIPTION        PAGE
EXHIBITS

Exhibit 127  Burnham patent (Patent number   5
             5,853,450)

Exhibit 128  Environmental Regulations and   5
             Technology, Control of
             Pathogens and Vector Attraction
             in Sewage Sludge

Exhibit 129  Exchange of e-mails between     5
             Michael Totora and Dr. Ames
             dated 04-22-09

Exhibit 130  News Release entitled Howard    5
             Johnson's Introduces Zoom! All
             Purpose Plant Food

Exhibit 131  Kloepper patent (patent         5
             number 5,503,651)

Exhibit 132  Kloepper patent (patent         5
             number 5,503,652)

Exhibit 133  Kloepper patent (patent         5
             number 5,640,803)

Exhibit 134  Kloepper patent (patent         5
             number 5,935,839)

Exhibit 135  Kloepper patent (patent         5
             number 6,524,998)

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

9

1  connection or did it involve doing laboratory
2  testing?
3      A.  Yes, sir, laboratory and greenhouse
4  testing.
5      Q.  Greenhouse testing.  And has your
6  activities for any of these companies ever
7  involved performing field tests?
8      A.  Yes.
9      Q.  And that would be measuring the crop
10 yield resulting from application of certain
11 fertilizers and other materials?
12     A.  It involves determining the effect of
13 microbial inoculants on plant growth overall,
14 yes.
15     Q.  Mr. Kloepper, you have given your
16 deposition before, true?
17     A.  I have given a deposition before, yes.
18     Q.  Have you given only one deposition
19 before?
20     A.  Yes.
21     Q.  And have you also testified at trial?
22     A.  Yes, I have.
23     Q.  And you understand then that the
24 testimony that you give today might be
25 compared to testimony at trial or at the

10

1  hearing in this case?
2      A.  Yes, I do.
3      Q.  And so if I ask you a question today
4  and you give one answer and I ask that same
5  question at the hearing or at trial and you
6  give a different answer, I'll ask you to
7  explain the discrepancy between the two.
8      A.  I understand.
9      Q.  And I'm going to ask questions as
10 clearly as I can.  If there's a question that
11 you don't understand, tell me what part of the
12 question you don't understand and I'll try to
13 fix it.
14     A.  Okay.
15     Q.  And likewise, if you answer a
16 question, I'm going to assume and the judge
17 and the jury is going to assume that you
18 understood the question when it was asked.
19     A.  I understand.
20     Q.  Okay.  Mr. Kloepper, did you prepare
21 for your deposition today?
22     A.  Yes, I did.
23     Q.  When did you begin preparing for that
24 deposition?
25     A.  About — I honestly don't remember the

11

1  exact date, but more or less a week to two
2  weeks ago.
3      Q.  Okay.  And did you meet with anybody
4  to -- at any point in time in relation to
5  preparing for the deposition?
6      A.  No, I did not.
7      Q.  Did you review any documents in
8  preparation for your deposition?
9      A.  Yes, I did.
10     Q.  And can you tell me what those
11 documents were?

25

1    Q.  Are you a person of ordinary skill in
2  the art?
3    A.  I am.
4    Q.  And what art is -- does that refer to?
5  How would you define the art?
6    A.  In the broadest sense, it's
7  microbiology.  Most of these are concepts of
8  microbiology.  It's also the art of using
9  microbial inoculants for achieving effects on
10  plants, because it talks about terms related
11  to application of these and affects how the
12  plant responds.
13    Q.  Okay.  So it's microbiology applied to
14  plants?
15    A.  That's a good way to put it.
16    Q.  Okay.  Please refer to the document
17  that's been marked as Deposition Exhibit 122.
18    A.  Okay.
19    Q.  And would you tell us what Exhibit 122
20  is?
21    A.  It looks -- it's a print off of a web
22  page that has my basic -- a summary of my
23  research and some key-out parts from my
24  curriculum vitae and recent publications.
25    Q.  Would you confirm for us that that

26

1  document is an accurate representation of your
2  technical background?
3    A.  Yes, it is.
4    Q.  And this accurately identifies the
5  degrees that you hold?
6    A.  Yes, it does.
7    Q.  It states that you have a -- you
8  received your degree in botany and plant
9  pathology, Bachelor of Science from Colorado
10  State University, in 1975.
11    A.  Yes.
12    Q.  And you received a Master's in plant
13  pathology at Colorado State University in
14  1977.
15    A.  Yes.
16    Q.  And in 1980 you received a Ph.D. in
17  plant pathology at the University of
18  California, Berkeley.
19    A.  Correct.
20    Q.  And the thesis relating to your Ph.D.
21  was the role of rhizobacteria in increasing
22  plant growth and yield, is that right?
23    A.  Yes, sir.
24    Q.  And then I see under your professional
25  experience, and I won't go through each one of

27

1  those, it identifies your experience from 1979
2  as an Assistant Professor of plant pathology
3  up until the present, where you are now
4  Professor of the Department of Plant Pathology
5  at Auburn University.  Do you see that?
6    A.  Yes.  There is one slight error.  It's
7  the Department of Entomology and Plant
8  Pathology.  The name has changed.
9    Q.  That's your current position?
10    A.  Yes, sir.
11    Q.  Now, I noticed that you have listed a
12  number of articles and publications, and I've
13  attached not just the primary publications,
14  but also the ones that were identified as
15  additional publications.  Do you see that?
16    A.  Yes, I do.
17    Q.  Are these publications relevant to
18  your proposed testimony in this case?
19    A.  Yes, they are.
20    Q.  Which publications are relevant to
21  your testimony in this matter?
22    A.  I would submit that all are relevant
23  in the broadest sense because all of them are
24  involving bacteria and their effects on plants
25  in some way.

28

1    Q.  What is rhizobacteria?
2    A.  It's a word that means root colonizing
3  bacteria.
4    Q.  And what does root colonizing mean?
5    A.  It means that when the bacteria are
6  applied to a plant or to seeds of a plant,
7  that the inoculated strains of bacteria
8  actually grow on the plant and grow along the
9  roots.
10    Q.  So it's the bacteria that is applied
11  to the plant that grows on the roots?
12    A.  That's right.
13    Q.  Is any other -- does any other
14  bacteria grow on the roots or around the
15  roots?
16    A.  Yes.  There's always a background of
17  bacteria on any plant in the environment, so
18  they have many different bacteria also.
19    Q.  And what is your understanding of what
20  the term rhizosphere means to a person of
21  ordinary skill in the art?
22    A.  The rhizosphere is an area around the
23  root, it's a physical area, you can measure
24  it, somewhere around 1 to 2 millimeters it's
25  commonly said, but the functional -- or the

29

```
1    real importance is that it's the area where
2    nutrients come out of the plant, we call that
3    leeching, nutrients leech out of the root and
4    those nutrients stimulate soil micro --
5    microflora, which means bacteria and fungi,
6    and those organisms grow.  So putting that
7    together, the rhizosphere is the zone of
8    influence around the root, the zone of
9    microbial influence.
10       Q.  And you mentioned bacteria and fungi.
11       A.  Yes.
12       Q.  What's the difference between those
13   two?
14       A.  In the classification of
15   microorganisms, which are things smaller, that
16   you can't see with the naked eye, there's
17   various major groups.  Bacteria is one group.
18   Fungi are another group.  Fungi are more
19   advanced.  They're molds.
20       In bread molds when you see that mold or
21   you see the mold on your strawberries that you
22   just paid a lot of money for, that's fungus
23   growing on it.  And bacteria are smaller than
24   fungi.  We don't see them with our naked eye.
25       Q.  Is it true that bacteria is
```

30

```
1    single-celled organisms?
2        A.  Yes.
3        Q.  And fungi is multi-celled organisms?
4        A.  Yes, uh-huh.
5        Q.  Does the word microbes mean anything
6    to you?
7        A.  Microbes is a kind of generic term, a
8    common word for short, which means
9    microorganisms.
10       Q.  Okay.
11       A.  Yes.
12       Q.  So a microbe is a microorganism which
13   can be a bacteria or a fungus?
14       A.  Correct.
15       Q.  Or something else?
16       A.  Correct.
17       Q.  And you mentioned that all of the
18   articles, the publications listed in your CV,
19   Exhibit 122, are relevant in the broad sense
20   to your testimony, is that right?
21       A.  Yes.
22       Q.  Are any of these more relevant than
23   others to your testimony?
24       A.  Well, we could say that because the
25   ones which are directly involving the aspects
```

31

```
1    of PGPR, the plant growth promoting
2    rhizobacteria, are in the specific field of
3    microbial inoculants.
4        Q.  Plant growth promoting --
5        A.  Rhizobacteria.
6        Q.  Rhizobacteria.  Now, is rhizobacteria
7    a shorthand for plant growth promoting
8    rhizobacteria?
9        A.  No, it's just a subset.  Rhizobacteria
10   is specifically root colonizing bacteria.
11       Q.  So it's a bacteria that promotes the
12   growth of other bacteria in the vicinity of
13   the rhizosphere?
14       A.  No, it's the -- rhizobacteria are the
15   root colonizing bacteria.  And some of those
16   -- when bacteria colonize roots, they can have
17   different effects on the plant.  So we're
18   talk -- plant growth promoting rhizobacteria,
19   PGPR, are those root colonizing bacteria which
20   cause benefits to the plant.
21       Q.  Okay.  So a PGPR is a subset of
22   rhizobacteria?
23       A.  Correct.
24       Q.  And it's a subset that actually
25   promotes the growth of a plant?
```

32

```
1        A.  Correct, promotes growth, and I need
2    to add one thing there, or protects against
3    plant disease.
4        Q.  Okay.  And would that be considered a
5    beneficial microorganism?
6        A.  Yes.
7        Q.  So is there any difference in your
8    mind between a PGPR and a beneficial
9    microorganism as that term has been used in
10   the patent?
11       A.  I'm pausing because I don't recall all
12   the ways in the patent that they used the term
13   beneficial, if they were restricting that to
14   plant growth.  But in general terms, common
15   use in language, beneficial is a broader term
16   than plant growth promoting.
17       Q.  Okay.  Now, you've studied the patents
18   in this case, right?
19       A.  Yes, sir.
20       Q.  And you're familiar with the bacteria
21   that are identified?
22       A.  Yes.
23       Q.  And that includes the different
24   species bacillus?
25       A.  Yes.
```

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

33

1    Q. Are each one of the bacillus bacteria
2  identified in this patent PGPR bacteria?
3    A. I can't say that they are because PGPR
4  is a functional trait, not a taxonomic trait.
5    Q. Well, in your opinion, is the bacillus
6  bacteria identified in the patent functionally
7  a PGPR?
8       MR. SCHULTZ: Objection to form.
9       THE WITNESS: Can you clarify what
10 you -- I'm not sure what you mean by the
11 bacteria identified.
12 BY MR. ELLIOTT:
13   Q. Well, here's -- I'll ask it a
14 different way.
15   A. Okay.
16   Q. I just want -- I'm trying to connect
17 your background, your articles, your
18 publications, your training with your
19 testimony in this case. And I know that you
20 have written articles on PGPR, and I think you
21 even have at least one patent referring to
22 PGPR, is that right?
23   A. I believe so, yes.
24   Q. Okay. My -- so what I'm trying to
25 find out is does that experience with PGPR

34

1  relate to or support your testimony in this
2  case about the bacillus bacteria?
3    A. Oh. Yes, because most of the cases of
4  PGPR that I have worked with have been
5  bacilli, which includes bacillus, the species
6  -- I mean the genus.
7    Q. And is it -- is it categorically true
8  that a PGPR bacteria improves or increases the
9  growth of the plant?
10   A. It increases the growth or provides
11 disease control.
12   Q. Okay. So it's good for the plant?
13   A. Absolutely.
14   Q. And are there any PGPR bacteria that
15 are not bacillus?
16   A. Yes.
17   Q. What are some examples of PGPR that
18 are not bacillus that would be bacteria?
19   A. Okay. Well, I should add that not all
20 bacillus are PGPR because it depends on the
21 strain. That's a very important idea. So
22 some bacteria that are not bacillus that have
23 strains in that group that are PGPR include
24 pseudomonas as a genus, pseudomonas
25 fluorescens as a species, pseudomonas putida.

35

1  Rhizobia as a genus can be considered a PGPR.
2  There's several -- the taxonomy is changing
3  in bacteria, so there's many different
4  species. There are species in the group that
5  bacillus is in that are not now considered
6  bacillus as a genus, not to be too technical,
7  but it -- the taxonomy is a moving target in
8  bacteriology, unfortunately.
9    Q. Let me do this. Are there any of your
10 publications that you actually reviewed or
11 referred to in preparation for the development
12 of the definitions in this case?
13   A. No, not for the development of the
14 definitions.
15   Q. Okay. So when you developed the
16 definitions in this case, that was based on
17 the language of the claims, true?
18      MR. SCHULTZ: Objection, assumes
19 facts not in evidence. You may answer.
20      MR. ELLIOTT: I'll ask that again.
21 BY MR. ELLIOTT:
22   Q. Did you play any part in preparing the
23 definitions of the disputed terms, numbers 1
24 through 27, in this case?
25   A. I'm pausing because I'm trying to

36

1  remember the process. I was asked to comment
2  on them. I did not draft them.
3    Q. Okay. Did you correct any of them,
4  the drafts, or did you just approve them?
5    A. I wouldn't say I corrected. To the
6  best of my recollection, we had a conversation
7  about -- in advance of seeing this what things
8  like a strain mean, what -- some of the terms.
9  I didn't correct a document.
10   Q. Okay. But in reviewing the disputed
11 terms and their definitions, numbers 1 through
12 27, you considered the patent specification
13 itself, true?
14   A. Can you try that question again?
15   Q. When you reviewed the claim terms or
16 the definitions for the claim terms --
17   A. Which document is this now?
18   Q. Okay, let's start over. Well, we'll
19 get to that.
20      Here's my question is when you -- I want to
21 understand what you considered, what was in
22 your mind as the basis for your opinion that
23 each of the definitions of the disputed terms,
24 numbers 1 through 27, was an accurate
25 definition.

**53**

1 together is for us to have a discussion about
2 these terms. I think we should start with the
3 definition of the term yield.
4 Your testimony to the Court will be that
5 the term yield means increasing the amount of
6 food crop harvested per unit area of land, is
7 that right?
8 A. Yes.
9 Q. And your testimony will be that the
10 yield is not measured on an individual plant,
11 is that right?
12 A. I would say it's not commonly measured
13 on an individual plant, and the reason I'm
14 saying that is I'm sure we'll find papers
15 where somebody says yield was determined, say,
16 in a greenhouse on something like a tomato and
17 it might have been done on so many plants. So
18 in the broadest sense, people use the term
19 yield in a more specific way. But I would
20 agree that the most common way of measuring
21 and determining yield, especially in fields,
22 it's not on an individual plant.
23 Q. Okay. So it's the amount of food crop
24 harvested per unit area of land and not
25 measured on an individual plant; that's your

**54**

1 opinion?
2 A. Most commonly, yes.
3 Q. Claim term number 21 then refers to --
4 or is nitrogen effect. Do you see that claim
5 number 21 --
6 A. Right.
7 Q. -- claim term number 21? Defendants
8 have identified this or defined this as the
9 effect of nitrogen washed out of the soil and
10 into surrounding waters. Do you see that?
11 A. Right.
12 Q. And do you agree with defendants'
13 definition of nitrogen effect?
14 A. Yes, and especially with the added
15 comments about being harmful to the
16 environment. So it's the nitrogen that washes
17 out of -- into the soil and into surrounding
18 waters and causes problems.
19 Q. Now, the plaintiffs have defined it as
20 the harmful effect of nitrogen on the
21 environment. Do you see in the column
22 plaintiffs' construction and support?
23 A. Uh-huh.
24 Q. The defendants have defined it as the
25 effect of nitrogen washed out of the soil and

**55**

1 into surrounding waters.
2 A. Well, that's more specific in a way
3 because it's talking about it can move into
4 soil separately and it can move into water
5 separately, and both of those are important
6 issues right now.
7 Q. Okay. So the -- nitrogen is either
8 washed out of the soil or into the surrounding
9 waters, and that's the nitrogen effect?
10 A. Yes.
11 Q. So would it be more accurate for me to
12 change the word "and" to "or" in defendants'
13 construction?
14 A. I don't think that's necessary because
15 if it's washed out of the soil, it goes into
16 surrounding waters. It's either the
17 groundwater or the surface waters. So that
18 wording is -- encompasses both of those.
19 Q. Okay. But it could mean -- it could
20 be washed out of the soil, but if there's no
21 surrounding waters, then it's still a nitrogen
22 effect?
23 A. Well, I'm trying to think where it
24 would end up if it washed out of the soil that
25 would meet that criteria. If it didn't end up

**56**

1 in the water and it washed out of the soil, it
2 might end up on a street or a freeway, and
3 that wouldn't really be a problem necessarily
4 on that area. I think the general -- most
5 general is if it washes out of the soil, I'm
6 trying to get at that it really would wash
7 into water then.
8 Q. So it has to wash into surrounding
9 waters for it to be considered nitrogen
10 effect?
11 A. Into surrounding waters. If we
12 include in surrounding waters, yes. My
13 understanding of surrounding water is it also
14 includes the groundwater.
15 Q. Oh, okay. So it can stay in the soil
16 and just get mixed in with the groundwater and
17 be considered a nitrogen effect?
18 A. Well, almost, but I wouldn't say stay
19 in the soil because we consider that the
20 drinking water, the groundwater, that's what
21 we're talking about, municipal water supplies,
22 is below the active zone of soil, so to enter
23 there, the nitrogen would move out the soil
24 into the groundwater.
25 Q. I see. So it has to leave the soil

57

1  for it to be a nitrogen effect?
2      A. Yes.
3      Q. What if it's vaporized?
4      A. It depends what form the nitrogen is.
5  But leaving the soil is -- that is one way
6  that the nitrogen leaves the soil. Certain
7  amounts -- nitrous oxide is a greenhouse gas
8  that is given off from soils, and that does
9  cause problems.
10     Q. Okay. So that would be another
11  nitrogen effect is nitrogen leaves into
12  the atmosphere as a greenhouse gas?
13     A. Yes.
14     Q. And you said that's nitrous oxide.
15     A. Yes.
16     Q. Now let's look at claim number 22 --
17  I'm sorry, claim term -- I'll just say term
18  number 22, Exhibit 119. In the defendants'
19  column it refers to term number 23. Do you
20  see that?
21     A. No. Oh, on Page 38?
22     Q. Right. You see in the right-hand
23  column at the bottom it says see term number
24  23?
25     A. 23 herein, uh-huh.

58

1      Q. So if we go to Page 40, that's term
2  number 23. We see term number 23 is a time
3  sufficient to enhance yield of the plant while
4  reducing nitrogen effect. Do you see that?
5      A. Yes.
6      Q. Okay. So term number 22 is not
7  defined in the document, but term number 23 is
8  defined, right?
9      A. That's correct.
10     Q. And term number 23 is defined as
11  applying the fertilizer composition at a time
12  before harvest that is early enough for the
13  fertilizer to cause an increase in the yield.
14  For vegetables and rice it is from planting to
15  harvest. For other food plants, 30 days from
16  budding to harvest.
17     Do you see that definition?
18     A. Yes.
19     Q. And that's the defendants' proposed
20  definition of term number 23, right?
21     A. That's correct.
22     Q. And do you agree with that definition?
23  Do you agree that that's a definition that a
24  person of ordinary skill in the art would give
25  to term number 23?

59

1      A. Yes.
2      Q. So the word enhance yield in term
3  number 23 means to cause an increase in the
4  yield?
5      A. Right.
6      Q. And a time sufficient refers to the
7  time between the application of the fertilizer
8  and the time of the harvest?
9      A. Is that the question?
10     Q. That is my question. I'm trying to
11  connect some dots here. The word time in term
12  number 23 is included in the definition as
13  time before harvest, right?
14     A. In number 23 --
15     Q. Yes.
16     A. -- the time sufficient to enhance
17  yield of a plant while reducing nitrogen
18  effect. Oh, on the other column. Yeah, time
19  before harvest. Right.
20     Q. Right. So the word time in term
21  number 23 corresponds to time before harvest,
22  right?
23     A. That's correct.
24     Q. And the word sufficient refers to it
25  being early enough to cause an increase in the

60

1  yield -- or let me rephrase that. I'll start
2  over.
3      The term sufficient to enhance yield
4  appears in the definition as early enough for
5  the fertilizer to cause an increase in the
6  yield, right?
7      A. Correct.
8      Q. So the time is actually a period of
9  time.
10     A. That's right.
11     Q. And if we look at the period of time,
12  it's between when the fertilizer is applied
13  next to the plant roots and the point in time
14  when the plant is harvested.
15     MR. SCHULTZ: Objection to form.
16     MR. ELLIOTT: Okay, I'll rephrase
17  that.
18  BY MR. ELLIOTT:
19     Q. In claim number 23, as defined in
20  number -- in the right-hand column, the time
21  referenced is a period of time, right?
22     A. Yes.
23     Q. And that period of time in the context
24  of this term is -- has a starting point and an
25  ending point.

61

1    A. Correct.
2    Q. The starting point is when the
3  fertilizer is applied next to the plant,
4  right?
5    A. Right.
6    Q. And the ending point is when the plant
7  is harvested, right?
8    A. That's right.
9    Q. So that time can change depending on
10  when the fertilizer is applied and when the
11  plant is harvested?
12    A. That's what it's saying, yes.
13    Q. Right. So for some plants it could be
14  30 days, right?
15    A. That's right.
16    Q. For other plants it could be four
17  months?
18    A. Correct.
19    Q. But it has to be a time sufficiently
20  before the harvest to cause an increase in the
21  yield.
22    A. That's right.
23    Q. Now, how is -- and claim number 23 --
24  well, let me restart the question.
25    We said that claim number 22 is not defined

62

1  -- claim term number 22 is not defined in this
2  document, 119, right?
3    A. That's right.
4    Q. But in the right-hand column
5  corresponding to term number 22 there's a
6  statement that says see term 23 herein. Do
7  you see that?
8    A. Yes.
9    Q. Now, do you understand that to mean
10  that the definition of claim number 22 is the
11  same as the definition of term number 23?
12    A. I understand it to mean that it's
13  either the same or that you need to refer to
14  term number 23 to understand 22.
15    Q. Okay. Well, let's look at number 23.
16  Number 23 includes the phrase applying the
17  fertilizer composition. Do you see that?
18    A. Yes.
19    Q. Now, if a fertilizer composition is
20  applied to a plant, would that be the same as
21  maintaining contact between the rhizosphere of
22  the plant and the composition, as mentioned in
23  term number 22?
24    A. I'm pausing because I don't quite
25  understand number 22. So maintaining contact

63

1  between the rhizosphere of the plant -- oh,
2  I'm sorry, it splits onto the next page -- and
3  the composition for a time. All right. I see
4  that they're principally the same.
5    Q. So when you apply fertilizer to a
6  plant soil around the root structure next to
7  the root zone, by applying it in that location
8  and letting it sit there, you're going to
9  maintain contact.
10    A. I don't think -- in my understanding,
11  they're not really -- saying these two are
12  principally the same isn't saying that the
13  fertilizer maintains contact but it's saying
14  that the effect of the fertilizer, the
15  fertilizer is put on and parts of the
16  fertilizer -- the nutrients from the
17  fertilizer are in the root zone; in the
18  broadest sense, that's what we're talking
19  about here, and that that needs to be there
20  for enough time to have an effect on the
21  plant.
22    Q. Right.
23    A. So that can all be described also as
24  maintaining the fertilizer presence for a time
25  sufficient to have contact. That's the way I

64

1  understand those two.
2    Q. Right. Okay. That's -- and that's
3  how I understand it too. If I -- you
4  mentioned that the rhizosphere is the physical
5  zone right around the root, the zone of
6  influence for the root. If I take a
7  fertilizer composition and bury it or spread
8  it 2 feet from the root, even though I'm
9  possibly applying it, I'm certainly applying
10  it to the ground, I'm not doing anything that
11  would maintain contact between that fertilizer
12  composition and the rhizosphere, right?
13    MR. SCHULTZ: Objection to form.
14    THE WITNESS: Unless -- that's
15  correct, unless the roots are there. And
16  that's why fertilizers are applied where the
17  seeds are or the area where the roots are or
18  will be.
19  BY MR. ELLIOTT:
20    Q. So if I apply it to the area right
21  around the root zone, that would maintain
22  contact -- that would be maintaining contact
23  with -- between the composition and the root
24  zone or the rhizosphere?
25    A. That would be one way to do that, yes.

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

65

1  Q.  But then if I dug it up five seconds
2  later, I wouldn't be maintaining contact for
3  sufficient time for it to cause an increase in
4  the yield of the plant, right?
5     A.  That's right. So in that case it
6  would not be logical to expect there would be
7  a yield increase five minutes after you
8  applied it.
9     Q.  But if I leave it there for a full
10  growing cycle, then I would expect it to be
11  maintaining contact for a time sufficient to
12  cause an increase in the yield of the plant.
13     A.  That's my understanding too.
14     Q.  Okay. Let me look to term number 24.
15     A.  Okay.
16     Q.  And that's on Page 42. And this is,
17  again, defined in the right-hand column in
18  terms of plant yield, which we discussed. I
19  think that's term number 20. Here the phrase
20  "sufficient amount of a fertilizer
21  composition" is defined as enough fertilizer
22  to cause a measurable increase in plant yield,
23  right?
24     A.  Yes.
25     Q.  And we earlier defined plant yield as

66

1  the amount of food harvested per unit area of
2  land, right?
3     A.  Right.
4     Q.  Now, is the increase in plant yield
5  something that is an amount of plant yield
6  that is compared to what the plant would yield
7  without the fertilizer composition?
8     A.  Typically, when we measure yield, we
9  are comparing a treatment to a control, so it
10  would -- and I'm saying that because that's
11  the fundamental basis of comparison. So it
12  depends what the question is that's being
13  asked in the particular test what the control
14  would be.
15     Q.  Okay. When you read this, when you're
16  saying gosh, this is referring to increasing
17  the yield of a plant, what would be in your
18  mind the implied control or the implied
19  reference point?
20     A.  When it's asking -- talking about here
21  a fertilizer, then my understanding would be
22  it would be that fertilizer compared to a
23  non-fertilizer -- a non-fertilized control.
24     Q.  Okay. And then term number 25 is
25  effective amount, and that's defined in

67

1  defendants' column as same as sufficient
2  amount, true?
3     A.  Yes.
4     Q.  And do you agree that the definition
5  of effective amount is the same as the
6  definition of sufficient amount?
7     A.  Yes, to me they are the same.
8     Q.  And then I see in claim number --
9  claim term number 26, spanning Pages 44 to 45,
10  the phrase effective amount is put in a
11  context of fertilizer composition, so term
12  number 26 is effective amount of a fertilizer
13  composition, right?
14     A.  Yes.
15     Q.  And that's defined as enough
16  fertilizer to cause a measurable increase in
17  plant yield, right?
18     A.  Correct.
19     Q.  And you agree with defendants'
20  proposed definition?
21     A.  Yes, sir.
22     Q.  Claim term number 27, that doesn't
23  refer to yield or nitrogen effect, but it does
24  talk about time sufficient to increase
25  something, and I'll just state it for the

68

1  record. Term number 27 is time sufficient to
2  increase concentration of non-bacillus
3  beneficial organisms in the rhizosphere. Do
4  you see that?
5     A.  Yes, I do.
6     Q.  Now, let me ask you, we already talked
7  about rhizosphere, so that's a term that's
8  well understood to persons of ordinary skill
9  in the art, right?
10     A.  That's correct.
11     Q.  And the word bacillus is a term that's
12  understood by persons of ordinary skill in the
13  art?
14     A.  That's correct.
15     Q.  Right. Then we look at the first part
16  of the phrase, term number 27, it says time
17  sufficient to increase concentration of
18  non-bacillus beneficial organisms in the
19  rhizosphere, and that starts with the phrase
20  time sufficient, and that's right?
21     A.  Yes.
22     Q.  Yeah, let me break that down. Now,
23  we've already used the word time sufficient in
24  one of the other claims to refer to the amount
25  of time that a composition is next to the

**69**

1   plant, that time being defined as the time
2   between when it's applied next to the
3   rhizosphere and when the plant is harvested,
4   right?
5       A.  Yes.
6       Q.  But that's in terms of yield.
7       A.  For yield, correct.
8       Q.  Now, in this case in term number 27 we
9   see the same phrase, "time sufficient," right?
10      A.  Yes.
11      Q.  But in this case instead of increasing
12  yield, the term is referring to increasing the
13  concentration of something, right?
14      A.  Yes.
15      Q.  And the something that it's referring
16  to is non-bacillus beneficial organisms,
17  right?
18      A.  Organisms in the rhizosphere --
19      Q.  In the rhizosphere.
20      A.  -- specifically.
21      Q.  So we see that this term is referring
22  to the increase of the concentration of
23  something in that root zone, that zone of
24  influence next to the plant, right?
25      A.  Yes.

**70**

1       Q.  And the thing that is being increased
2   in concentration is referred to here as
3   non-bacillus beneficial organisms, right?
4       A.  Correct.
5       Q.  Now, there's no ambiguity over what an
6   organism is in a rhizosphere, right?
7       A.  Actually, there is --
8       Q.  Okay.
9       A.  -- to me.
10      Q.  Okay.  Well, let's back up then and go
11  through this a word at a time, and help me
12  understand --
13      A.  Okay.
14      Q.  -- which term in your mind is
15  ambiguous, okay.  Is the word organism
16  ambiguous?
17      A.  Yes.
18      Q.  Is the word beneficial ambiguous?
19      A.  Yes.
20      Q.  Is the word non-bacillus ambiguous?
21      A.  Yes.
22      Q.  Is the word concentration ambiguous in
23  the context of this term?
24      A.  Slightly.
25      Q.  Okay.  Let me go back through each one

**71**

1   of those.  Why is the word organism in the
2   context of term 27 ambiguous?
3       A.  Because organism -- it doesn't say
4   microorganism, and therefore organisms would
5   include earthworms, insects.  There's
6   microarthropods, which are small microscopic
7   insects that are common.  There are nematodes,
8   free living, and plant parasitic nematodes.
9   Free living nematodes are in most root zones
10  and are important so -- and there's all kinds
11  of microorganisms also.
12      So that's why it's ambiguous to me, because
13  do they really mean all the organisms or do
14  they mean specifically microorganisms?
15      Q.  Okay.  If you -- and a microorganism
16  can be either a bacteria or a fungi, right?
17      A.  In the broadest sense, yes.  There are
18  some other divisions, but those are the main
19  ones.
20      Q.  Okay.  So in this case the word
21  organisms is very broad.
22      A.  Correct.
23      Q.  Now, does the word -- you said the
24  word beneficial is ambiguous.
25      A.  Correct.

**72**

1       Q.  Why is it ambiguous?
2       A.  Well, I would ask somebody that came
3   with this term, say what do you mean?  What is
4   beneficial?  There are all kinds of ways of
5   measuring benefit.  It doesn't specify if it's
6   increasing plant growth, if it's -- it can be
7   beneficial by reducing plant stress.  They
8   might have no change in plant growth or yield
9   under normal conditions, but under stressed
10  conditions that's been described in the
11  literature -- scientific literature generally
12  as a benefit.
13      So benefit is just a huge category of
14  something better, but what is the something?
15  Better to the plant?  Better to the yield?
16  Better to insects?  Better to environment?
17  It's just a very open concept.
18      Q.  So it's just very broad?
19      A.  Yes.
20      Q.  Okay.  Are actinomycetes types of
21  beneficial organisms?
22      A.  Actinomycetes are types of
23  microorganisms.
24      Q.  Okay.  And are there cases where those
25  would be beneficial?

73

1    A.  They are like the general bacteria in
2  that some are neutral, some are deleterious to
3  plants, and some are beneficial.
4    Q.  Okay.  And what about nitrogen fixing
5  bacteria, are those microorganisms?
6    A.  I'm sorry, quote the term again.
7    Q.  Nitrogen fixing bacteria.
8    A.  Bacteria specifically.  Yes, nitrogen
9  fixing bacteria are microorganisms.
10   Q.  Okay.  Are they beneficial to the
11 plant?
12   A.  They often are; not all are.
13   Q.  Okay.  So using the word beneficial to
14 modify actinomycetes would limit the number
15 of -- or the type of actinomycetes?
16   A.  It would limit it, but it would still
17 create the confusion of what do you mean by
18 beneficial?  How do we measure that?
19   Q.  Okay.  And how do you interpret the
20 word concentration?  Would concentration of --
21 well, let me ask you this:  If you consider
22 microorganisms, and specifically
23 microorganism -- microorganisms in the
24 rhizosphere, is the concentration of
25 microorganisms ever evaluated?

74

1    A.  Is it ever evaluated when?
2    Q.  Is it ever measured?  In other words,
3  let's just say that -- maybe a rough
4  measurement.  If I put a bucket of
5  microorganisms next to a rhizosphere in one
6  experiment and then a plant right next to it I
7  put two buckets of microorganisms next to the
8  plant, would the concentration of
9  microorganisms in the two bucket test be
10 greater than the concentration of
11 microorganisms in the one bucket test?
12   A.  Okay.  Let me make sure I understand
13 the question.  So in that test you mean you're
14 applying one or two buckets?
15   Q.  Well, I've got two plants.
16   A.  Okay.
17   Q.  Let's just say they're 10 yards apart,
18 and next to plant number one I put one bucket
19 of microorganisms.
20   A.  Do you mean next to it?  Do you mean
21 you apply that to the plant?
22   Q.  Right, next to the area around the
23 plant.
24   A.  Oh, I understand.  Okay.
25   Q.  And then plant number two I apply two

75

1  buckets of the same microorganisms around the
2  area of the plant, right?
3    A.  Yes.
4    Q.  So my question is, is the
5  concentration of microorganisms around plant
6  number two greater than the concentration of
7  microorganisms around plant number one?
8    A.  The applied concentration immediately
9  at the time of application would be higher.
10   Q.  Okay.  At that time?
11   A.  At that time.
12   Q.  So in number 27 the concentration is
13 described as the concentration of non-bacillus
14 beneficial organisms, right?
15   A.  Right.
16   Q.  So it's a certain type of organisms
17 around the rhizosphere?
18   A.  According to that term.
19   Q.  Yes, yes, I'm just working with this
20 term.
21   A.  Yes.
22   Q.  And the term says that the
23 concentration of those microorganisms increase
24 or increases after a period of time, right?
25   A.  That's what I'm not sure of, and

76

1  that's why I have this confusion.
2  Concentration is typically used in the context
3  that you described in your previous question,
4  the application, concentration of a product,
5  concentration of an active ingredient, but
6  here they're talking about I think -- this is
7  where I'm confused when I read this, because
8  what do they mean concentration, to increase
9  population, population density?  I don't know
10 what they mean by concentration; in other
11 words, how we would measure that.  I'm
12 thinking as a microbiologist how we would
13 measure it.
14   Q.  In the application example how would
15 you measure the concentration?
16   A.  You would take bucket number one and
17 bucket number two before you applied them and
18 you would do a plate count to determine
19 actually what the population was in the
20 bucket.
21   Q.  Okay.  Could you also make it as the
22 concentration of the microorganisms as a
23 percentage or proportion of the grams of the
24 soil?
25   A.  That would be a way to determine after

77

1    it's applied, but that wouldn't be a
2    concentration in the product.
3       Q.  Right. And that's what I'm thinking
4    of.  I'm thinking since this concentration is
5    referring to concentration in the rhizosphere,
6    the rhizosphere includes soil, right?
7       A.  You could do that.  The nature of my
8    confusion over this and why to me this is an
9    ambiguous term is because concentration is
10   used in that way -- can be used in that way,
11   but the general term that's clear is
12   population.
13      Q.  Okay.  And population meaning the
14   count?
15      A.  The count, how many of the living
16   cells of the organism that you're testing,
17   which I'm not sure what it is here, how many
18   of those you recover in a plant count.
19      Q.  Okay.  And is that -- in a dry
20   composition is that done -- let me back up and
21   we'll talk about this a little bit.  But it's
22   the count in the context of the grams or the
23   weight of the material that it populates,
24   right?
25      A.  Are we -- I'm a little confused.  Is

78

1    that -- are we talking about in the soil here,
2    then, in this case?
3       Q.  That's exactly right.  That's why I'm
4    -- I'm trying to arrive at a denominator.  You
5    know, it's like in liquids you do it in terms
6    of milliliters, in solids you do the
7    concentration in terms of grams.
8       A.  That's right.  Typically it would be
9    the pop -- if we're talking population, I
10   would prefer to see this as population, it
11   would be the population per gram of soil, for
12   example --
13      Q.  Okay.
14      A.  -- or per gram of root, excuse me.
15      Q.  Right.  So it would be a numerator
16   over a denominator, and that would be a
17   concentration?
18      A.  Correct.
19      Q.  So the denominator in this case would
20   be some weight unit?
21      A.  Right.
22      Q.  Because we're talk --
23      A.  Or it can be a plant unit, volume or
24   -- yeah.  But typically it's a weight.
25      Q.  And if we're talking about

79

1    microorganisms in the rhizosphere, the
2    rhizosphere includes not just plant structure,
3    but it's really the soil around the
4    rhizosphere, which can be expressed in terms
5    of grams, right?
6       A.  Correct.
7       Q.  And if the concentration in the
8    rhizosphere is referenced here, then the
9    denominator could very well be grams of soil.
10      A.  Yes, it could be.
11      Q.  And the numerator could be the counts
12   of these bacteria per grams of soil.
13      A.  But that's the challenge, the counts
14   of these bacteria, and which ones?  So we have
15   to have a way of counting them, and we cannot
16   count beneficial non-bacillus organisms.
17      Q.  Unless we know what those are.  I
18   mean, if you know what the bacteria are, then
19   you can count them, right?
20      A.  And there -- yes, you could, but there
21   is no way of knowing that in advance, so you
22   can't count something that you don't know.
23      Q.  Right.  So you'd have to take a sample
24   of soil and test it.  You'd know how many
25   grams of soil you've got, and then you would

80

1    test it to arrive at how many counts of that
2    particular bacteria.
3       A.  If it's a particular bacteria, but in
4    this case it's not.  It's not a described
5    group.
6       Q.  Right.  But I'm just -- assuming you
7    know what the bacteria is, then there's a
8    protocol that you could follow to count that
9    bacteria.
10      A.  That's correct.
11      Q.  And if that bacteria increased when
12   compared to a reference fertilizer, which is
13   non fertilizer, then you would know there was
14   an increase.
15      A.  That's correct.
16      Q.  Okay.  You refer to term numbers 8
17   through 11.
18      A.  Are we on the same document?
19      Q.  Yes.
20      A.  Oh, I'm sorry.
21      Q.  Let's stay in Exhibit 119 --
22      A.  Okay.
23      Q.  -- term numbers 8 through 11.  Let's
24   start with term number 8.
25      A.  Okay.

81

1     Q.  And I'll just refer to these as
2  specific bacillus, and that would be 8, 9, 10
3  and 11 are four different specific bacillus
4  examples, right?
5     A.  Yes.
6     Q.  And your testimony is this is a --
7  each one of these terms, the bacillus examples
8  here, is specifically limited to a particular
9  strain, is that right?
10    A.  Yes.
11    Q.  And that it doesn't broadly cover the
12  species but, rather, the sub species, which is
13  the strain.
14    A.  That's correct.
15    Q.  And I want to refer back to your
16  earlier testimony.  You had talked about
17  particular types of rhizobacteria, and I think
18  you used the phrase, if I can find it, PG --
19  is it PG RP?
20    A.  PGPR.
21    Q.  PGPR.  I'll get it right.  PGPR is a
22  growth-enhancing type of rhizobacteria.
23    A.  Right.
24    Q.  Are each one of these bacillus
25  examples examples of growth-enhancing

82

1  rhizobacteria?
2     A.  I'm not sure the question.  Each of
3  these, what are these?
4     Q.  I'm looking at -- term numbers 8
5  through 11 are four different -- I think your
6  position is these are four different
7  strains --
8     A.  Right.
9     Q.  -- of bacillus bacteria.  There's two
10  versions of bacillus laterosporus; there's
11  bacillus subtilis, and there's bacillus
12  licheniformis.  Did I say that right?
13    A.  That's close enough.
14    Q.  Are these examples -- are these all
15  examples of rhizobacteria in the broadest
16  sense?
17    A.  That's a good question.  The reason
18  I'm pausing is because rhizobacteria, as we
19  said, was the ability to grow on roots, build
20  a population.
21    Q.  Right.
22    A.  If we read, say, in the literature
23  that bacillus subtilis strain A was used in a
24  study and colonized roots, that doesn't mean
25  that all bacillus subtilis will behave the

83

1  same way.  So there are bacillus subtilis that
2  colonize teeth, colonize human skin, and you
3  put them in the soil and they will not
4  colonize roots.  That gets into the issue of
5  what strains are.
6     So that's germane to your question about
7  are these all rhizobacteria?  I can't say they
8  are because it depends on each specific
9  strain, which is only determined in
10  experimental tests.
11    Q.  Okay.  So just because you refer to
12  bacillus laterosporus doesn't mean that every
13  bacillus laterosporus is going to enhance the
14  growth of plants.
15    A.  That's right.
16    Q.  And therefore, all bacillus
17  laterosporus is not going to be a
18  rhizobacteria.
19    A.  I agree with everything up until that
20  last -- the end of that.
21    Q.  Maybe I need to go back and -- the
22  word rhizobacteria is a very broad term,
23  right?
24    A.  Right.  That means, yes, the root
25  colonizing.  So it's correct that you can't

84

1  predict that all strains of a species will be
2  root colonizers.
3     Q.  Right.
4     A.  You also cannot predict that all
5  strains will be the beneficial root
6  colonizers, plant growth promoting.  So even
7  if they colonize roots, they might -- still
8  might not be beneficial.  They could have
9  harmful effects from a plant, even within the
10  same species.  So a bacillus laterosporus can
11  be described in the literature one strain as a
12  growth promoter, the good guys, PGPR, but you
13  could also find strains of bacillus
14  laterosporus that would colonize roots and
15  potentially have some harm.  Just because an
16  organism colonizes roots doesn't mean that
17  it's going to be a good organism.
18    Q.  Sure.  So --
19    THE VIDEOGRAPHER:  Pardon me.  I'm
20  sorry.
21    MR. ELLIOTT:  Okay, let's take a
22  break.
23    THE VIDEOGRAPHER:  This is the end
24  of tape number one in the deposition of Joseph
25  Kloepper.  The time is 11:23 a.m.  We're now

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

85

1  off the record.
2      (Brief recess).
3      THE VIDEOGRAPHER: This is the
4  beginning of tape number two in the deposition
5  of Joseph Kloepper. The time is 11:36 a.m.
6  We are back on the record.
7  BY MR. ELLIOTT:
8      Q. Mr. Kloepper, just to follow up on our
9  last series of questions, would it be true
10 that bacillus laterosporus referenced in claim
11 term number 8 in Exhibit 119 is a
12 rhizobacteria?
13     A. Some strains of bacillus laterosporus
14 are rhizobacteria, not all strains are, so I
15 could not make that broad comment.
16     Q. Okay. And that would likewise be true
17 for bacillus licheniformis, number 10?
18     A. Yes.
19     Q. And bacillus subtilis, number 11?
20     A. Yes.
21     Q. So all the bacteria that's identified
22 in the patent -- the patents in this case are
23 such that some members of those species can be
24 considered rhizobacteria but not all of them?
25     MR. SCHULTZ: Objection to form.

86

1      MR. ELLIOTT: Okay, I'll rephrase.
2  BY MR. ELLIOTT:
3      Q. Let me talk about the -- now, just a
4  quick review. You said that PGR -- PGRP -- or
5  PGPR is a certain type of rhizobacteria.
6      A. Correct.
7      Q. Okay. Rhizobacteria generally is any
8  bacteria that is root colonizing?
9      A. That's right.
10     Q. But plant growth promoting
11 rhizobacteria are a form of rhizobacteria that
12 are not only root colonizing, but also
13 increase the growth of a plant, is that right?
14     A. That's right.
15     Q. And that includes their tendency to
16 increase the actual growth of the plant or to
17 protect the plant from something bad happening
18 to it, is that right?
19     A. That's right.
20     Q. Okay. And is it your testimony that
21 bacillus in general can be rhizobacteria but
22 not necessarily?
23     A. Some species of bacillus and some
24 strains of those species can be.
25     Q. Right. So just because you see

87

1  bacillus mentioned doesn't mean it's going to
2  benefit the plant.
3      A. That's correct.
4      Q. And in fact, just if you see bacillus
5  laterosporus mentioned doesn't mean it's going
6  to benefit the plant.
7      A. That's correct.
8      Q. Are there publications that identify
9  the types of bacillus laterosporus or bacillus
10 licheniformis or bacillus subtilis that are
11 beneficial to plant growth?
12     A. I'm pausing because the -- there's not
13 a way to predict which ones are; in other
14 words, as I was mentioning before, one has to
15 take a strain, apply it to a plant and see
16 what the effect is. Typically then scientists
17 write those results up so you will see a
18 publication on a particular strain.
19     In all the conferences and international
20 PGPR meetings that I've attended no one has
21 ever tried to compile a list of all specific
22 strains of a species to say what are the
23 factors that make a strain -- one strain
24 beneficial and other strains not.
25     Q. But there is literature out there that

88

1  at least identifies the strain that will be a
2  PGPR?
3      A. There are many publications talking
4  about individual strains as PGPR.
5      Q. And have you ever identified any
6  individual strains of bacillus that qualify as
7  PGPR?
8      A. Yes.
9      Q. And are some of those listed in your
10 publications?
11     A. Yes.
12     Q. And are some of them listed in your
13 patents -- one or more of your patents?
14     A. Yes.
15     Q. Okay. Let me refer now to term number
16 14 in Exhibit 119.
17     A. Which page is that?
18     Q. That's page number 27.
19     A. Okay.
20     Q. And I'm going to look at terms 14, 15,
21 16, 17 and 18 together as a cluster of terms
22 that are related to one another. And I'd like
23 to start out with term number 14. Term number
24 14 is probiotic bacillus bacteria. Do you see
25 that?

97

1   BY MR. ELLIOTT:
2       Q.  Well, I'm just trying to -- I'm trying
3   to piece together something.  In term 15, see,
4   it doesn't say -- it doesn't have a
5   definition, it just refers to two other terms.
6   Do you see that on Page 28?  And I'm trying to
7   piece these together the right way.  I -- so
8   first of all, it refers to term number 14,
9   which we talked about probiotic bacillus
10  bacteria.  Then it talks about this enhancing
11  the beneficial populations within a
12  rhizosphere of a plant.  So I go to 16, I see
13  that another way in the definition of the
14  rhizosphere of the plant is in the root zone
15  of a plant.  That's how I understood it, and I
16  just wanted to confirm that that's why that
17  appeared in the definition.
18          MR. SCHULTZ:  Objection to form.
19  BY MR. ELLIOTT:
20      Q.  Okay.  Why did -- I'll ask it this
21  way:  In term number 16 why was the phrase
22  capable of enhancing beneficial microbial
23  populations defined in terms of the root zone
24  of a plant?
25      A.  To me it's reflective of what happens

98

1   in soil microbiology in the field.  Let me
2   explain.  The -- we're talking here, this
3   claim, as I understand it, capable of
4   enhancing beneficial microbial populations, is
5   referring to organisms in the soil, not the
6   ones that are applied, native microorganisms.
7       Native microorganisms that cause benefits
8   to a plant reside or live not only in the
9   rhizosphere but -- because we -- the
10  rhizosphere is a narrow zone, 1 to 2
11  millimeters, but they can be removed from that
12  -- other places and still cause some of the
13  benefits that are talked about in the patent.
14  So it's a more precise way of stating what the
15  effect is.
16      Q.  Okay.  So just to make sure I
17  understand, the root zone of a plant is
18  broader in scope, size, than the rhizosphere
19  of a plant?
20      A.  That's correct.
21      Q.  So the rhizosphere is a subpart of the
22  root zone?
23      A.  That's correct.
24      Q.  Okay.  But the -- you know, not to
25  quibble, but term number 15 specifically says

99

1   within a rhizosphere of a plant, so shouldn't
2   the definition also be directed specifically
3   to the rhizosphere of the plant; that is, the
4   subpart of the root zone?
5       A.  I don't know if it should.
6       Q.  Well, let me ask this again.  Would it
7   be accurate to -- let's turn to the phrase --
8   I'll ask a new question.  Referring to term
9   number 16, do you see the phrase enhancing
10  beneficial microbial populations?
11      A.  Yes.
12      Q.  And that's defined as promoting the
13  growth and reproduction of other beneficial
14  microbes, right?
15      A.  Uh-huh.
16      Q.  So the phrase microbial populations is
17  defined as microbes, right?  I'm trying to
18  connect the dots.  I'm trying --
19      A.  Try that last question again.
20      Q.  Okay.  I'm just -- I see in the
21  definition on Page 30, definition of term
22  number 16, there's the phrase other beneficial
23  microbes, and my question is does that phrase
24  correspond to the part of term number 16,
25  beneficial microbial populations?

100

1       A.  So does the term other beneficial
2   microbes under the column defendants, is that
3   the same as beneficial microbial populations
4   in the first column?
5       Q.  Yes, that's my question.
6       A.  I understand that to be the case.
7       Q.  Okay.  So the word enhancing in term
8   number 16 is referring to promoting the growth
9   and reproduction?
10      A.  That was my understanding too.
11      Q.  Okay.  So put that together in term
12  number 16, enhancing beneficial microbial
13  populations means promoting the growth and
14  reproduction of other beneficial microbes.
15      A.  That's the way I understand it.
16      Q.  And just based on your reading of the
17  patent, those other beneficial microbes are
18  not the microbes that are being added as part
19  of the fertilizer composition, right?
20      A.  That's my understanding.
21      Q.  They are microbes that exist in the
22  soil prior to the application of the
23  fertilizer composition.
24      A.  Yes.
25      Q.  Now, according to the language of term

141

1    lab records.
2        Q.  Okay.  So when you took the count, did
3    you count spores of other non-bacillus
4    bacteria?
5        A.  What we did was we took a sample of
6    the product and made a series of dilutions and
7    we plated each of those onto an agar that
8    would allow any bacteria to grow, and so we
9    recorded the count of what grew up.
10       Now, what would grow up would be organisms
11   that were in the product as spores or as
12   vegetative cells.
13       Q.  Okay.  So it was a plate count?
14       A.  It was a plate count.
15       Q.  But not specifically a spore count?
16       A.  That's correct.
17       Q.  The definition here of term number 7,
18   looking at the bottom of Page 14, says the
19   fertilizer must include enough spores that are
20   capable of germinating back into bacillus
21   bacteria.  Do you see that?
22       A.  Uh-huh.
23       Q.  Now, when you say germinating back
24   into bacillus bacteria, you mean back into
25   vegetative bacillus, right?

142

1        A.  Yes, that's right.
2        Q.  And in fact, in the plate count test
3    or the spore count test that's what a colony
4    forming unit is, right?
5        A.  Yes.  A colony forming unit is a
6    measure of viable cells.
7        Q.  Right.  So it's -- when you see a
8    colony forming unit, you know that at that
9    moment that bacteria is in vegetative form and
10   not in spore form.
11       A.  The colony itself?
12       Q.  Yes, at the time that you see it or it
13   forms.  It might have used to have been a
14   spore, but when you measure it, it's no longer
15   a spore.
16       A.  That's correct.
17       Q.  Because it's germinating and it's now
18   in vegetative form, right?
19       A.  Yes.
20       Q.  The definition further says to create
21   between 10 to the 6th to 10 to the 9th colony
22   forming units per gram of fertilizer --
23       A.  Right.
24       Q.  -- right?  And then it says, "A colony
25   forming unit is a live reproducing bacteria."

143

1    Do you see that?
2        A.  Yes, I do.
3        Q.  Now, do you agree, is it your opinion
4    that that definition adequately describes or
5    defines term number 7?
6        A.  Yes.
7        Q.  Now, term number 7 actually uses the
8    phrase viable spore count, right?
9        A.  Uh-huh.
10       Q.  Viable means alive.
11       A.  Capable of growing.
12       Q.  Capable of growing?
13       A.  Yeah.
14       Q.  Now, a spore -- if a spore -- a spore
15   is always viable, right, or else it would be
16   dead?
17       A.  But it would appear the same if you
18   look at a spore.  The only way to know is if
19   you try to grow it.
20       Q.  Right, because it's dormant.
21       A.  Right.
22       Q.  But a viable spore count means a spore
23   that's capable of growing into vegetative form
24   -- or let me rephrase that.  A viable spore is
25   a spore that is capable of growing into

144

1    vegetative form?
2        A.  A viable spore --
3        Q.  A viable spore is a spore that is
4    capable of germinating into vegetative form?
5        A.  That's correct.  Right.
6        Q.  In this case there's a reference in
7    term number 7 to spore count, right?
8        A.  Yeah, viable spore count.  Yes.
9        Q.  And the spore count is expressed as
10   cfu's per gram of composition, right?
11       A.  Yes.
12       Q.  A cfu is a colony forming unit.
13       A.  That's correct.
14       Q.  A colony forming unit is in
15   vegetative, not spore, form.
16       A.  When you're counting it, correct.
17       Q.  Yes.  So when you count colony forming
18   units, you are inferentially counting the
19   number of spores.
20       A.  That's correct.
21       Q.  And in order to make sure that
22   whatever you're counting was before
23   germination on the agar plate spore, you have
24   to kill the vegetative cells first, right?
25       A.  Right.

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

145

1   Q.  And is that the procedure that's
2   described in the plaintiffs' column?
3   A.  On Page 15?
4   Q.  Yes.  And maybe we could read through
5   this step by step, and I just want you to tell
6   me if any of these statements are -- are
7   inaccurate.
8   Beginning on Page 14, "The bacillus spores
9   in the fertilizer composition are present in
10  an amount such that measurement according to
11  the spore count procedure in the patent
12  results in a viable spore count between 10 to
13  the 6th and 10 to the 9th colony-forming
14  units, cfu, per gram of the dry fertilizer
15  composition."  Is that an accurate statement?
16  A.  Yes.
17  Q.  Then the next statement is "The spore
18  count procedure in the patent includes heating
19  a sample of the dry fertilizer composition for
20  10 minutes at 80 degrees centigrade to kill
21  non-spore forming bacteria and then incubating
22  the sample aerobically for 48 hours to recover
23  only bacillus."  Is that a true statement?
24  A.  It is -- yes and no.  It's true in
25  that this is one method.  There is not a

146

1   single exact method.  And my thinking is that
2   this is very specific.  More specifically, the
3   general procedure is for 20 minutes, for
4   example, instead of 10 minutes.
5   Q.  Okay.  At a different temperature or
6   it's usually 80 degrees?
7   A.  80 is most common, anywhere from 80 to
8   90.
9   Q.  Okay.  But this is one way to measure
10  the --
11  A.  It is one way, that's correct.
12  Q.  And then the final sentence says,
13  "Bacillus spore counts are a measurement
14  resulting from counting the total number of
15  colony-forming units of the bacillus bacteria
16  that have grown on a medium of tryptic soy
17  agar after about 3 days, 72 hours of
18  incubation, at 32 degrees centigrade."  Is
19  that a true statement?
20  A.  It's one way of doing it again.
21  Q.  Okay.
22  A.  But it doesn't have to be three days.
23  In fact, just before that you see they refer
24  to 48 hours.  I was a little confused there
25  why 48 and then three days.  It switches 72

147

1   hours.  And the temperature does not have to
2   be 32.  You can make spore counts as fast as
3   24.  It depends -- 24 hours depending on the
4   strain.  So there's variability in the precise
5   methods.
6   Q.  Okay.  But at any rate, this does
7   explain what the claim term says, that a spore
8   count is identified in terms of cfu's per
9   gram.
10  A.  It explains one way to do spore
11  counts, yes.
12  Q.  Right.  But universally, a spore count
13  refers to the colony forming units that have
14  formed that are in vegetative form.
15  A.  Following a heat treatment, correct.
16  Q.  Yes.  And there's a heat treatment --
17  the purpose of a heat treatment is to make
18  sure that every colony forming unit used to be
19  a spore before it was subjected to the
20  measurement test.
21  A.  That's correct.
22      MR. SCHULTZ:  It's ten after 1:00,
23  do you plan to break for lunch?
24      MR. ELLIOTT:  If you want a break,
25  I'll break.

148

1       MR. SCHULTZ:  How much longer do
2   you have?
3       MR. ELLIOTT:  I honestly don't
4   know.
5       MR. SCHULTZ:  Well, an hour, two
6   hours?  I mean, it's kind of up to the
7   witness.  Do you want to break for lunch?
8       THE WITNESS:  Well, it kind of
9   depends how much -- yeah, how much longer.  If
10  it's an hour, probably not.
11      MR. ELLIOTT:  It will probably be
12  more than an hour.  I mean, I'm just trying
13  to -- I've been in depositions for --
14      THE WITNESS:  Can we have a short
15  break?
16      (Off-the-record discussion).
17      THE VIDEOGRAPHER:  The time is
18  1:13 p.m.  We're now off the record.
19      (Lunch recess).
20      THE VIDEOGRAPHER:  The time is
21  2:10 p.m.  We're back on the record.
22  BY MR. ELLIOTT:
23  Q.  Mr. Kloepper, can we look at Exhibit
24  119, Page 25?
25  A.  One moment.

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

149

1    Q.  That's the exhibit we've been
2  discussing.
3    A.  Oh, it's the same one.  Okay.  Which
4  page again?
5    Q.  Page 25.  The term is humic acid, and
6  that's term number 12.
7    A.  Yes.
8    Q.  And my question is what is the
9  definition of humus?
10    A.  Humus is decayed organic material, and
11  typically often in the general term of like
12  soil science the humus is the upper layer of
13  the soil that has this decaying plant
14  material.
15    Q.  So it's any -- is it any plant
16  material decays and forms humus?
17    A.  Well, lignin is one of the main
18  compounds plant cell walls break down, and
19  humic substances can include humus, humic acid
20  and another acid, folic acid.
21    Q.  So is humus, humic acid, are those
22  different things?
23    A.  They are different by some ways of
24  clustering these.  I have read where people
25  clump humus together in the general category

150

1  of humic substances and include humic acid as
2  another of the humic substances.  But in the
3  general usage and the way that like soils by
4  science 101 is taught usually is humus is the
5  actual more recently decaying organic
6  material.  That's the stuff that gardeners
7  want to put in their garden to have nice lumpy
8  soil.  Humic acid is more of a specific
9  compound.
10    Q.  Okay.  Well, let me refer to the
11  definition of humic acid as proposed by
12  defendants in Exhibit 119.  It states that
13  humic acid is an acid that is naturally
14  produced during the decomposition of organic
15  matter.  Do you see that?
16    A.  Yes, I do.
17    Q.  Now, is humic acid a product of
18  decomposition after an extended period of time
19  or is it something that would fit under the
20  definition of humus that you just described?
21    A.  Humic acid can come from humus, but it
22  can also come from organic materials that have
23  been for a long period of time, such as even
24  lignite and coal.
25    Q.  Okay.  So humus can turn into humic

151

1  acid --
2    A.  That's correct.
3    Q.  -- but not vice-versa?
4    A.  That's correct.
5    Q.  Okay.  And all of it is considered
6  humic material?
7    A.  Yeah, humic substances or humic
8  material.  I've seen both of those terms.
9    Q.  Okay.  Now, a humate is a salt,
10  correct?
11    A.  Yes.
12    Q.  And it's the salt form of the humic
13  acid?
14    A.  Correct.
15    Q.  Do humates and humic acids coexist
16  typically in the same natural form?
17    A.  To my understanding they do because
18  like most acid and salt situations, it depends
19  on the pH of the soil, how much acidity there
20  is, and what the form of the -- is
21  predominant, if it's the salt or the acid
22  form.
23    Q.  So typically, and, as I recall, from
24  my chemistry 101, there's an equilibrium that
25  forms between the acid and the salt depending

152

1  on the pH and other conditions.  Is that
2  equilibrium true for humic acids and humates
3  as well?
4    A.  I believe it is.  I don't know why it
5  wouldn't be.
6    Q.  Okay.  Have -- well, let me refer you
7  to the patent -- the '179 patent.  Do you have
8  that in front of you?
9    A.  Yes.
10    Q.  And I'll refer you first to column 1,
11  lines 6 through 15.  Are you there?
12    A.  6 to 15, yes.
13    Q.  I'm sorry, column 4.
14    A.  Column 4.
15    Q.  Column 4, lines 6 through 15.
16    A.  Yes.
17    Q.  And this portion of the patent states,
18  "As used herein, humic acid, in quotes, means
19  a polymeric compound typically containing the
20  brownish-black pigment melanin and can be
21  obtained from lignite."  Do you see that?
22    A.  Yes, I do.
23    Q.  Is that consistent with your usage and
24  the usage of others of the term humic acid in
25  the fertilizer industry?

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

53 (Pages 209 to 212)

**209**

1  Q.  And this — in the context of a
2  fertilizer, the fact that the bacillus
3  bacteria is in the form of an endospore means
4  that it can exist in a dormant form and still
5  survive, right?
6  A.  That's correct.
7  Q.  And it's only when it gets into a --
8  in the presence of nutrients that it starts to
9  multiply.
10  A.  That's correct.
11  Q.  And what is you want to have
12  a bacteria that stays dormant when you don't
13  want it to do anything and multiplies when you
14  want it to do something.
15  MR. SCHULTZ:  Objection, vague.
16  MR. ELLIOTT:  Okay, I'll rephrase
17  that.
18  BY MR. ELLIOTT:
19  Q.  In the context of a fertilizer, you
20  want the bacteria to stay dormant when it's
21  not in a fertilizer application context,
22  right?
23  MR. SCHULTZ:  Same objection.
24  BY MR. ELLIOTT:
25  Q.  I mean, do you understand that a

**210**

1  fertilizer is -- it's in the application
2  context when it's being applied to the plants,
3  right?
4  A.  Yes.
5  Q.  And pre application it might be
6  sitting in a warehouse somewhere.
7  A.  Oh, I see.  Yes.
8  Q.  And so when it's in the warehouse, you
9  want it to be in a dormant state, right?
10  A.  Correct.
11  Q.  But when you apply it to the field, to
12  the plant, you want it to move from the
13  dormant state to a state where it's
14  multiplying and growing.
15  A.  Yes.
16  Q.  And that's part of why bacillus spores
17  are so helpful to the fertilizers, because
18  they allow you to have those two stages.
19  A.  That's correct.
20  Q.  Exhibit 120, Page 4, please.  And this
21  page discusses testing to determine plate
22  counts, right?
23  A.  That's correct.
24  Q.  Let me ask you to put that Exhibit 120
25  to one side and refer to Exhibit 119.

**211**

1  A.  Okay.
2  Q.  Are you there?
3  A.  Uh-huh.
4  Q.  Exhibit 119, Page 10, term number 4.
5  Are you there?
6  A.  Yes.
7  Q.  Could you read term number 4 for the
8  record?
9  A.  Total aerobic/facultative viable plate
10  count.
11  Q.  Okay.  The definition, according to
12  plaintiffs on the next column over, is a
13  measurement resulting from counting the total
14  number of colony-forming units of both aerobic
15  bacteria and facultative bacteria that have
16  grown on a medium of tryptic soy agar after
17  about 3 days, parentheses, 72 hours, close
18  parentheses, of incubation at 32 degrees
19  centigrade.  Do you see that?
20  A.  Yes.
21  Q.  Let me ask you, when you see the
22  phrase in term number 4 aerobic slash
23  facultative, do you understand that to mean
24  the aerobic viable plate count and the
25  facultative viable plate count?

**212**

1  A.  Yes.
2  Q.  So it's the combination of the two,
3  it's the plate count of bacteria that are both
4  aerobic and facultative?
5  A.  Correct.
6  Q.  And facultative is shorthand for
7  facultative anaerobic?
8  A.  That's right.
9  Q.  In plaintiffs' definition of term
10  number 4 there's a reference to a very
11  specific test, right, a plate count test?
12  A.  That's right.
13  Q.  And that's similar to the spore count
14  test we discussed earlier, right?
15  A.  Correct.
16  Q.  Except the difference being that in
17  this case you don't heat it to 80 degrees
18  centigrade for 10 minutes to kill the
19  vegetative cells, right?
20  A.  Right.
21  Q.  So in this case you just test it
22  according to the plate count test, and in the
23  patent, at least in the specification, the
24  plate count test identifies the medium, which
25  is tryptic soy agar, the time, which is 72

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

54 (Pages 213 to 216)

213

1 hours, or 3 days, and the temperature, which
2 is 32 degrees centigrade, right?
3   A. Yes.
4   Q. Now, I'm reading your -- and that, by
5 the way, is one way at least to measure the
6 total aerobic/facultative viable plate count
7 of any decontaminated manure or raw manure or
8 bacteria, right?
9   A. Yes.
10   Q. Now, when I read your proposed
11 testimony, I see that you have said that
12 generally, and I'm looking at paragraph number
13 4, "Plate counts are a method of determining
14 the concentration of viable aerobic and/or
15 facultative bacteria within a liquid or solid.
16 The concentrations obtained from the plate
17 counts are given as cfu's per milliliter,
18 colony-forming units per milliliter for
19 liquids, and cfu's per gram, colony-forming
20 units per gram for solids.  The plate count
21 testing method only determines the number of
22 aerobic/facultative bacteria that are alive
23 and capable of growing and forming colonies
24 and not the total count of bacteria present,"
25 right?  That's what you said?

214

1   A. That's right.
2   Q. And by the way, did you write this?
3   A. Yes, I did.  That section I wrote.
4   Q. Okay. Here's the thing I need to
5 understand is when I read further, I see
6 there's a reference to the physical steps that
7 are taken to perform the plate count test,
8 right?
9   A. Yes.
10   Q. And I see a reference to the act of
11 counting the plates -- or counting the colony
12 forming units on the plates using subsequent
13 dilutions, et cetera, which is very standard,
14 right?
15   A. Yes.
16   Q. But there's a reference to -- and
17 is -- well, let me ask it this way:  You
18 stated in the second-to-last sentence,
19 "Differences in the type of nutrient media,
20 temperature and cultivation time do not affect
21 the count.  The size of each colony increases
22 with time, but the number of colonies remains
23 constant."
24   Do you see that testimony?
25   A. Yes.

215

1   Q. And I need to understand how you
2 reached that conclusion.
3   A. Well, I should have said that the
4 cultivation time -- that -- does not affect
5 the count, I should say does not affect the
6 estimation of the overall population; in other
7 words, if you plate on several different
8 media, you might have -- say you plate on five
9 different media that are very similar, you
10 might have ten bacteria here, nine here, eight
11 here, five, six, seven, but it will be in the
12 same log unit.  And the procedures that we use
13 for plate counts we have replications, so we
14 take several different samples from the
15 same -- several different portions of the same
16 sample.  Each of those is a replication.  Each
17 of those portions we would plate on more than
18 one -- each dilution on more than one plate.
19   So if you put all that together, there will
20 be some differences on individual plates, but
21 the estimated population will not
22 significantly vary.
23   Q. Okay.  When you do -- and that would
24 be an example of doing several replications?
25   A. Or different replications of different

216

1 media.  So in here when it says that the type
2 of nutrient media, temperature and cultivation
3 do not affect the count, that's what I'm
4 saying, it should really be do not affect the
5 -- do not significantly affect the estimated
6 average population.
7   Q. Okay.
8   A. This is a generic way of saying what I
9 just said.  I was trying not to be too
10 technical in what I wrote here.
11   Q. Okay.  So in other words, you -- it's
12 sort of like when we were talking about
13 sterilization, it's you perform a test and the
14 test is going to give you the basis for making
15 an inference about the population of bacteria
16 in the material in the sample that you've
17 tested?
18   A. Correct.
19   Q. And -- but the plate count itself
20 might differ even though the inference you
21 draw from that plate count might not matter at
22 all.
23   A. Yes.
24   Q. Okay.  So this is what I need to
25 understand then.  And I want to bring it down

DEPOSITION OF JOSEPH KLOEPPER - 1/19/2011

55 (Pages 217 to 220)

217

1  to some hypothetical parameters.
2      If I take a material, let's say a
3  fertilizer composition, and I want to measure
4  the total aerobic/facultative viable plate
5  count of that material and in scenario number
6  one I used tryptic soy agar but I let it
7  incubate at 35 degrees centigrade for seven
8  days, okay? Scenario number two I take the
9  same exact material and I put it on a petri
10  dish and I go through the plate count test,
11  but this time even though it's also on tryptic
12  soy agar, I measure it for five days at 35
13  degrees centigrade. And then I take a third
14  scenario. I take the same material and I put
15  it on an agar medium, tryptic soy agar, and I
16  let it incubate for three days at 32 degrees
17  centigrade. Isn't it true that the plate
18  count of each of those tests will be
19  different?
20      A. No, it's not a given that that will be
21  true. And more specifically, the estimated
22  log population would be statistically
23  equivalent on all of those.
24      Q. So you're saying the difference --
25  there may be a difference, but it will be

218

1  within the same logarithmic range?
2      A. That's what I'm saying. And further,
3  some of these test conditions have more effect
4  than others; for example, time of incubation.
5  If you put at the same temperature and you
6  incubate for three days at a standard
7  incubator temperature, that's typically when
8  we terminate an experiment. If you leave it
9  for five days, you're not going to have new
10  colonies that develop between days three and
11  day five, for example.
12      Q. Well, if the incubation time doesn't
13  matter, then why do people measuring counts
14  let the incubation go for five days or even
15  seven days?
16      A. Because it depends what organisms they
17  are using, what they know about if the plates
18  change or not. If it's bacillus, you do not
19  need to let the plates go in incubators
20  past -- if you know your strain of bacillus,
21  like these three strains here, I don't know
22  them specifically. The strains of bacillus I
23  work with will grow in 24 to 48 hours, and you
24  will get absolutely no plate count difference
25  between 36 hours and five days.

219

1      So if you know your organisms and what's
2  there, you also know the conditions -- what
3  parameters will change the counts in which
4  one.
5      Q. Okay. What if you have a bacteria
6  other than bacillus?
7      A. The -- what about it? I'm sorry.
8      Q. Okay. If you're measuring -- let's
9  make it even more concrete. If you got a
10  fertilizer composition that includes a manure
11  that obviously has a lot of other materials
12  other than bacillus, and possibly not even
13  bacillus but a wide variety of bacteria, and
14  you test that according to different times,
15  temperatures and medium, are you going to get
16  the same result -- the same plate count within
17  a logarithmic degree?
18      A. You will using reasonable
19  microbiological techniques. By that I mean
20  you wouldn't -- I wouldn't try to include a
21  temperature of -- refrigerator temperature,
22  you'd be talking about temperatures from maybe
23  lab bench to 30 degrees. Those are the
24  temperature and typical ranges of incubation
25  period. And you'd be talking about incubation

220

1  times of three to seven days, and under those
2  conditions you will estimate statistically
3  equivalent populations of bacteria.
4      Q. Okay.
5      A. And if I could just add that the --
6  where I was going with this is to me this --
7  what was in this document, the plaintiffs',
8  was just too specific. There's no need.
9  Nobody in microbiology would say you have to
10  follow exactly this procedure to determine a
11  plate count. You would define the conditions
12  you used, but you wouldn't have to say that
13  you must do exactly this agar exactly this
14  many days and exactly this temperature.
15      Q. Okay. Let me --
16          (Off-the-record discussion).
17          MR. SCHULTZ: Can you tell me how
18  long we've been on the record?
19          THE VIDEOGRAPHER: Approximately
20  five and a half.
21  BY MR. ELLIOTT:
22      Q. Refer to Exhibit 129, please. It's
23  probably still on the bottom. I don't know
24  that we've talked about it yet.
25      A. There we go.

269

1    Q.  So your testimony is that the bacillus
2  bacteria in the patent that was added to the
3  fertilizer compositions was 100 percent spore
4  form?
5    A.  I don't know the technical details of
6  how they added it, but my understanding is
7  that the patent talks about three specific
8  strains with ATTC numbers and that those were
9  put into the inoculant, and the typical way
10  that that's done in industry that I'm aware of
11  is to have dry spore preparations that are put
12  into the inoculant. So with those three, if
13  they were put in that way, then my
14  testimony -- my expectation would be that the
15  specific inoculated strains were applied as
16  spore treatments.
17    Q.  In the case of this patent there's
18  actually a discussion of how to prepare the
19  bacillus spore suspension. Have you read
20  that?
21    A.  I'm sure I read it. I don't remember
22  the details right now.
23    Q.  Okay. If you look to column 18,
24  beginning at line 33 --
25    A.  Is this the '179?

270

1    Q.  It's the '179 patent.
2    A.  Column 18?
3    Q.  18, line 33, could you read through
4  that? And I'll just -- I'll read that for
5  you. '179 patent, Exhibit 1, column 18, lines
6  32 to 41 -- or 40: "The bacillus spore
7  suspension can be prepared by conventional
8  techniques well understood by industrial
9  microbiologists. Resulting spore suspensions
10  should have a viable bacillus spore count of
11  between 100 million cfu's per milliliter,
12  equals 1 times 10 to the 8 cfu's per
13  milliliter, to 10 million cfu's per
14  milliliter, equals 1 times 10 to the 10th
15  cfu's per milliliter. A typical satisfactory
16  count for the practice of the present
17  invention is 500 million cfu's per milliliter,
18  equals 5 times 10 to the 8th cfu's per
19  milliliter. For purposes of the present
20  invention, a suitable method of preparing a
21  spore suspension, for any of the bacilli
22  listed in the Summary of the Invention, is as
23  follows," and then goes through and discusses
24  that.
25    Now, based on this discussion and the

271

1  discussion that follows of how the bacillus
2  suspension was prepared, is it your conclusion
3  that that bacillus suspension is 100 percent
4  spore form?
5    A.  I just need to continue reading a
6  little bit the rest of that section. Just
7  give me one moment. (Witness reviews
8  document).
9    Well, to be honest, this is confusing to me
10  because I see two different things are being
11  said here and the methods. One is it said, as
12  you started, the spore suspensions can be
13  prepared by conventional techniques well
14  understood by industrial microbiologists, and
15  I would submit that that would result in 100
16  percent spore preparations.
17    I work with firms that produce bacillus
18  spores routinely. They send them out to
19  industrial microbiologists, who prepare these
20  on contract basis, and they come back as 100
21  percent spores. So my understanding of
22  techniques well understood by industrial
23  microbiologists would be the state of that
24  practice.
25    The actual details of what they did, and

272

1  you get down to where just after you stopped
2  reading, they say that -- line 45, that's
3  where they talk about one way that they are
4  doing it in their situation. And you see on
5  line 55 -- 54, the inoculated medium, so this
6  is the final result of their lab way. They
7  say -- they said you can do it the way it's
8  normally done in industrial microbiology, but
9  here's a way, and this way, line 56, most
10  bacilli will be 90 percent sporulated by 48
11  hours, so that means it's not 100 percent
12  sporulated.
13    What happens at that point with the
14  bacteria, and it looks like if you go over to
15  column 19 on the next page, they're talking
16  about another way of doing it, fermentation.
17  And ultimately down around line 12 the
18  fermenter is grown -- they're grown in the
19  fermenter for 48 hours. At 48 hours the
20  contents of the fermenter are adjusted to pH,
21  and then ultimately they -- they're used
22  directly to prepare the formulation, the
23  fermenter content. At 48 hours they would
24  most certainly not be 100 percent spores.
25    So I'm honestly confused on what exactly

273

1  was done here, but to me when we say spores
2  and they talk about spores, that's separate
3  from vegetative cells, and that was the --
4  that was what we were -- on the claim
5  construction that was the definition that we
6  were originally discussing was spores. So I
7  do understand spore to mean spores and not
8  vegetative.
9      Q.  Right. But if a bacteria -- bacillus
10  bacteria in this case is added to a fertilizer
11  and that bacteria has some vegetative cells
12  but is predominantly in spore form, the
13  bacteria is considered bacillus spores, true?
14      A.  No. The spores in there I would
15  consider spores, but I would consider the ones
16  that were not as leftover vegetative cells
17  because that's what they are. I mean, they
18  differentiate in here. They say that 90
19  percent were spores, so they're saying that
20  some were not spores. And what happens to
21  those I can't say, but it's very likely that
22  they die during the shelf life of the product
23  before the product is ever applied if 90
24  percent of what they put in is in spores. But
25  they're saying spores are specifically -- to

274

1  me, a spore is a spore.
2      Q.  Sure. If you -- if instead of 90
3  percent if the material was sporulated to 30
4  percent so that only 30 percent of it was
5  spore form and 70 percent was in vegetative
6  form and you applied that material to a
7  fertilizer, would it be accurate to say you've
8  added bacillus spores in the context of this
9  patent and these claims?
10      A.  To me, no. It would be correct to say
11  that you've added a combination of spores and
12  vegetative cells if you only have 30 percent.
13      Q.  Okay. Let me ask you a question about
14  claim term number 2, Raw Manure. Raw manure
15  is defined by the defendants as fresh manure
16  that has not been decontaminated. That's on
17  Page 7. Do you see that?
18      A.  Yes.
19      Q.  Do you agree with the defendants'
20  definition of raw manure as fresh manure that
21  has not been decontaminated?
22      A.  Yes, that's the generally accepted use
23  of the term.
24      Q.  In your opinion, is there any
25  difference between raw manure and fresh

275

1  manure?
2      A.  Between raw manure and fresh manure.
3  Well, I think there can be because fresh
4  manure in the general usage means that it's --
5  how fresh is fresh? It's not real old. So
6  the other category you could have -- you could
7  have raw manure, so it's not decontaminated,
8  but it's no longer fresh. It's been sitting
9  around for, I don't know, a certain amount of
10  time, so the count has gone down naturally by
11  microbes expanding -- expending the energy and
12  dying. So I support the definition of raw
13  manure as fresh manure that has not been
14  decontaminated.
15      Q.  Would it be more accurate to say raw
16  manure is manure that has not been
17  decontaminated?
18      A.  I don't know if it would be more
19  accurate. I don't see why it would be more
20  accurate. I support the definition that's
21  here, raw manure is fresh manure that has not
22  been decontaminated.
23      Q.  Okay. Let me pose a hypothetical
24  which you introduced. If manure is excreted
25  from a chicken, after two minutes it's fresh

276

1  and raw, true?
2      A.  I would say so, yes.
3      Q.  Okay. But if it sits there for two
4  months, it's still raw, right?
5      A.  Yes.
6      Q.  But it's no longer fresh.
7      A.  That's right.
8          MR. ELLIOTT: Okay. Pass the
9  witness.
10          MR. SCHULTZ: We'll reserve
11  further questions.
12          MR. ELLIOTT: Thank you very much.
13          THE VIDEOGRAPHER: This is the end
14  of tape number four and the deposition of
15  Joseph Kloepper. The time is 5:45 p.m. We're
16  now off the record.
17          THE COURT REPORTER: Both of you
18  want a copy?
19          MR. SCHULTZ: I do, and send me a
20  full copy of the exhibits, too, please.
21          (Deposition concluded, 5:44 p.m.)
22
23
24
25