# EXHIBIT 7

| Term<br>(with Claim Nos.) | Plaintiffs' Construction and Support | Defendants' Construction and Support |
|---|---|---|
| | Plaintiffs incorporate support for terms 14 and 15 above. | Col. 3, ll. 39 – 42<br>The invention concerns compositions comprising at least one species of probiotic *Bacillus* bacteria that exert a positive effect on the yield of agricultural plants and/or reduce the nitrogen requirements of agricultural plants, and/or reduce the nitrogen requirements of agricultural plants and animal manure that has been decontaminated to reduce the concentration of undesirable microorganisms.<br><br>**Extrinsic Evidence**<br><br>Beneficial – producing benefits; advantageous, helpful<br>Funk & Wagnalls Standard Dictionary 1993<br>ESP 05306 – ESP 05308<br><br>Beneficial – favorable or advantageous; resulting in good<br>The Oxford American College Dictionary 2002<br>ESP 05296 – ESP 05305 at page 121<br><br>Capable – having the ability, fitness, or quality necessary to do or achieve a specific thing<br>The Oxford American College Dictionary 2002<br>ESP 05296 – ESP 05305 at page 205<br><br>Enhance – intensify, increase, or further improve the quality, value, or extent of |

THE ESSENTIAL RESOURCE—
FROM THE FIRST NAME IN REFERENCE

# THE
# OXFORD
# AMERICAN
# COLLEGE
# DICTIONARY

- The first college dictionary
ever compiled by Oxford University Press

- More than 400,000 entries and definitions

- More than 1,000 illustrations,
including line drawings, photographs, and maps



From the most
lisher in the wo
here is the firs
twenty-first cer

The *Oxford* Am
pletely new, de
reference tool :
use. Drawing o
including a 20
unparalleled c
Dictionary*, thi

· more tha
· more tha
line draw
· shaded l,
statistic
180 cou

The result
that sets a
the in-de
readers e:
created b

G. P. Putnam's Sons
*Publishers Since 1838*
a member of
Penguin Putnam Inc.
375 Hudson Street
New York, NY 10014

Copyright © 2002 by Oxford University Press, Inc.
Oxford is a registered trademark of Oxford University Press.
All rights reserved. No part of this publication may be reproduced, stored
in a retrieval system, or transmitted in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without the prior permission
of Oxford University Press.

*The Oxford American College Dictionary* is based on *The New Oxford American
Dictionary* published in 2001.

Library of Congress Cataloging-in-Publication Data

The Oxford American college dictionary.
p.   cm.
ISBN 0-399-14415-3 (acid-free paper)
1. English language—Dictionaries.   I. Oxford University Press.
PE1628.O3614      2002                    2002019080
423—dc21

This book includes some words that are, or are asserted to be, proprietary names or
trademarks. Their inclusion does not imply that they have acquired for legal purposes a
nonproprietary or general significance, nor is any other judgment implied concerning
their legal status. In cases where the editor has some evidence that a word is used as a
proprietary name or trademark, this is indicated by the designation trademark, but no
judgment concerning the legal status of such words is made or implied thereby.

Printed in the United States of America

1  3  5  7  9  10  8  6  4  2

This book is printed on acid-free paper. ⊖

020

Case 2:09-cv-00237-CE   Document 71-7   Filed 02/07/11   Page 5 of 10

**can·thus** /ˈkænθəs/ ▸n. (pl. **canthi** /-ˌθaɪ/, -ˌθiː/) the outer or inner corner of the eye, where the upper and lower lids meet. —**can·thic** /ˈkænθɪk/ adj.

**can·ti·cle** /ˈkæn(t)ɪkəl/ ▸n. 1 a hymn or chant, typically with a biblical text, forming a regular part of a church service. 2 (**Canticles** or **Canticle of Canticles**) another name for Song of Songs (esp. in the Vulgate Bible).

**can·ti·le·na** /ˌkæntɪˈlenə/ ▸n. Music a lyrical vocal or instrumental melody in a composition.

**can·ti·le·ver** /ˈkæntɪˌlevər; -ˌevər/ ▸n. a long projecting beam or girder fixed at only one end, used chiefly in bridge construction. ■ a long bracket or beam projecting from a wall to support a balcony, cornice, or similar structure. ▸v. [trans.] [usu. as adj.] (**cantilevered**) support by a cantilever or cantilevers: a *cantilevered deck.* ■ [no obj.] (with adverb of direction) project as or like a cantilever: *a conveyor cantilevered out over the river.*

**can·ti·le·ver bridge** ▸n. a bridge in which each span is constructed from cantilevers built out sideways from piers. See illustration at **bridge.**

**can·til·late** /ˈkæntɪˌlaɪ/ ▸v. [trans.] rare chant or intone (a passage of religious text). —**can·til·la·tion** /ˌkæntɪˈlaɪʃən/ n.

**can·ti·na** /kænˈtiːnə/ ▸n. (esp. in a Spanish-speaking country or the southwestern US) a bar.

**can·tle** /ˈkæntl/ ▸n. the raised, curved part at the back of a horse's saddle.

**can·to** /ˈkæntoʊ/ ▸n. (pl. -os) one of the sections into which certain long poems are divided.

**Can·ton** /kænˈtɑːn/ variant of Guangzhou.

**Can·ton** /ˈkæntn/ a city in northeastern Ohio; pop. 80,806. The Professional Football Hall of Fame is here.

**can·ton** /ˈkæntɑːn; ˈkæntən/ ▸n. 1 a political or administrative subdivision of a country. ■ a state of the Swiss Confederation. 2 Heraldry a square charge smaller than a quarter and positioned in an upper corner of a shield. —**can·ton·al** /ˈkæntɑːnl; ˈkæntnl/ adj.

**Can·ton·ese** /ˌkæntnˈiːz/ ▸adj. of or relating to Canton (Guangzhou), its inhabitants, their dialect, or their cuisine. ▸n. (pl. same) 1 a native or inhabitant of Canton. 2 a form of Chinese spoken mainly in southeastern China (including Hong Kong). Also called Yue.

**can·ton·ment** /kænˈtɑːnmənt; -ˈtoʊn-/ ▸n. a military camp, esp. (formerly) a permanent military station in British India.

**Can·tor** /ˈkæntɔːr/, Georg (1845–1918), German mathematician; born in Russia. His work on numbers laid the foundations for the theory of sets.

**can·tor** /ˈkæntɔːr/ ▸n. 1 an official who sings liturgical music in a synagogue. Also called hazzan. 2 (in formal Christian worship) a solo singer to whom the choir or congregation responds. —**can·to·rial** /kænˈtɔːriəl/ adj.

**can·trip** /ˈkæntrɪp/ ▸n. Scottish, archaic a mischievous or playful act; a trick.

**can·tus** /ˈkæntəs/ ▸n. the highest voice in polyphonic choral music.

**can·tus fir·mus** /ˈfɜːrməs; ˈfɪrməs/ ▸n. (pl. **cantus firmi** /ˈfɜːrˌmi; ˈfɪr-ˌmi/) Music an existing melody used as the basis for a polyphonic composition.

**Ca·nuck** /kəˈnʌk/ ▸n. informal a Canadian, esp. a French Canadian (chiefly used by Canadians themselves and often derogatory in the US).

**Ca·nute** /kəˈn(j)uːt/ (also **Cnut** or **Knut**) (died 1035), Danish king of England 1017–35, Denmark 1018–35, and Norway 1028–35; son of Sweyn I.

**can·vas** /ˈkænvəs/ ▸n. a strong, coarse unbleached cloth made from hemp, flax, or cotton, used to make sails and tents. ■ a piece of such cloth prepared for use as the surface for an oil painting. ■ an oil painting: *Turner's late canvases.* ■ a variety of canvas with an open weave, used as a basis for tapestry and embroidery. ■ (**the canvas**) the floor of a boxing or wrestling ring, having a canvas covering.

PHRASES **under canvas** in a tent or tents.

**can·vas·back** /ˈkænvəsˌbæk/ ▸n. a North American diving duck (*Aythya valisineria*) with a long, sloping black bill and a light gray back.

**can·vas duck** ▸n. a lightweight cotton or linen fabric.

**can·vass** /ˈkænvəs/ ▸v. 1 [trans.] solicit votes from (electors in a district): *two workers canvassed some 2,000 voters* | [intrans.] *the canvassed for votes.* ■ question (someone) in order to ascertain their opinion on something: *they canvassed all members for their views.* ■ propose (an idea or subject) for discussion: *opinions were canvassed.* ■ try to obtain; request: *they're canvassing support among stockholders.* 2 [trans.] (often be canvassed) discuss thoroughly: *the issues were canvassed.* ▸n. [in sing.] an act or process of attempting to secure votes or ascertain opinions. —**can·vass·er** n.

**can·yon** /ˈkænjən/ ▸n. a deep gorge, typically one with a river flowing through it, as found in North America.

**Can·yon de Chel·ly** /də ˈʃeɪ(ɪ)/ a national monument in northeastern Arizona, on the Navajo Indian Reservation, noted for cliff dwellings and other ruins.

**Can·yon·lands** /ˈkænjənˌlændz/ a region in southeastern Utah, noted for its rock formations.

**can·zo·ne** /kænˈtsoʊneɪ; käntˈsoʊnə/ ▸n. (pl. **canzoni** /kænˈtsoʊni; känt-ˈsoʊnə/) an Italian or Provençal song or ballad. ■ a type of lyric resembling a madrigal.

**can·zo·net·ta** /ˌkænzəˈnetə/ ▸n. (pl. **canzonettas** or **canzonette** /-ˈnetə/) a short, light vocal piece, esp. in the Italian style of the 17th century.

**caou·tchouc** /ˈkaʊˌtʃʊk, -ˌtʃuːk/ ▸n. uncvulcanized natural rubber.

**CAP** ▸abbr. Civil Air Patrol.

**cap** /kæp/ ▸n. 1 a kind of soft, flat hat without a brim, and sometimes having a visor. ■ [with adj.] a kind of soft, close-fitting head covering worn for a particular purpose or as a mark of a particular profession or status. ■ an academic mortarboard. 2 a protective lid or cover for an object such as a bottle, the point of a pen, or a camera lens. ■ Dentistry an artificial protective covering for a tooth. ■ the top of a bird's head when distinctively colored. ■ the broad upper part of the fruiting body of most mushrooms and toadstools, at the top of a stem and bearing gills or pores. 3 ■ an upper limit imposed on spending or other activities. 4 short for PERCUSSION CAP. ■ (capped, capping) [trans.] 1 put a lid or cover on. ■ (often be capped) form a covering layer or top part of: *several towers were capped by domes* | [as adj.] in combination] (**-capped**) *snow-capped mountains.* ■ put an artificial protective covering on (a tooth). ■ provide a fitting climax or conclusion to. ■ follow or reply to (a story, remark, or joke) by producing a better or more apposite one. 2 (often be capped) place a limit or restriction on (prices, expenditure, or other activity). —**cap·ful** /-ˌfʊl/ n. (pl. -fuls).

PHRASES **cap in hand** in hand humbly asking for a favor. **set one's cap for** (or **at**) dated (of a woman) try to attract (a particular man) as a suitor.

**cap.** ▸abbr. ■ capital (city). ■ capital letter.

**ca·pa·bil·i·ty** /ˌkeɪpəˈbɪlətiː/ ▸n. (pl. -ies) (often **capability of doing** (or **to do**) **something**) power or ability. ■ (often **capabilities**) the extent of someone's or something's ability: *beyond my capabilities.* ■ [usu. with adj.] a facility on a computer for performing a specified task: *a graphics capability.* ■ [usu. with adj.] forces or resources giving a country or state the ability to undertake a particular military action: *their nuclear weapons capability.*

**Ca·pa·bil·i·ty Brown** see Brown[1].

**ca·pa·ble** /ˈkeɪpəbəl/ ▸adj. [pred.] (capable of doing something) having the ability, fitness, or quality necessary to do or achieve a specified thing. ■ able to achieve efficiently whatever one has to do; competent. ■ open to or admitting of something: *events capable of rational explanation.* ■ ready or inclined to: *children capable of murder.* —**ca·pa·bly** /-blē/ adv.

**ca·pa·cious** /kəˈpeɪʃəs/ ▸adj. having a lot of space inside; roomy: *a capacious van.* —**ca·pa·cious·ly** adv.; **ca·pa·cious·ness** n.

**ca·pac·i·tance** /kəˈpæsɪtəns/ ▸n. Physics the ability of a system to store an electric charge. ■ the ratio of the change in an electric charge in a system to the corresponding change in its electric potential. (Symbol: C)

**ca·pac·i·tate** /kəˈpæsɪˌteɪt/ ▸v. [trans.] formal or archaic make (someone) capable of a particular action or legally competent to act in a particular way. —**ca·pac·i·ta·tion** /kəˌpæsɪˈteɪʃən/ n.

**ca·pac·i·tor** /kəˈpæsɪtər/ ▸n. a device used to store an electric charge, consisting of one or more pairs of conductors separated by an insulator.

**ca·pac·i·ty** /kəˈpæsɪtē/ ▸n. (pl. -ies) 1 [in sing.] the maximum amount that something can contain: *seating capacity.* ■ [as adj.] fully occupying the available area or space: *a capacity crowd.* ■ the amount that something can produce: *running at full capacity.* ■ the total cylinder volume that is swept by the pistons in an internal combustion engine. ■ former term for CAPACITANCE. 2 the ability or power to do, experience, or understand something; *her capacity for hard work.* ■ [in sing.] a person's legal competence: *cases where a patient's testamentary capacity is in doubt.* 3 [in sing.] a specified role or position in his capacity as legal correspondent. —**ca·pac·i·tive** /- sitiv/ adj. (also **ca·pac·i·ta·tive**) adj. (chiefly Physics).

**ca·par·i·son** /kəˈpærəsən/ ▸n. an ornamental covering spread over a horse's saddle or harness. ■ the caparisoned) (of a horse) be decked out in rich decorative coverings.

**cape¹** /keɪp/ ▸n. a sleeveless cloak, typically a short one. ■ a part of a longer coat or cloak that falls loosely over the shoulders from the



cant hook

amount of a certain commodity: *glass of wine each.*

**rat·trap** /ˈrætˌtræp/ ▸n. [*often*] 1 a shabby, squalid, or ill-kept building or establishment. 2 an unpleasant situation with no opportunity for improvement.

**rat·ty** /ˈrætē/ ▸adj. (**rattier**, **rattiest**) resembling or characteristic of a rat: *his ratty eyes glittered.* ▪ (*of a place*) infested with rats. ▪ (*of clothing or fabric*) shabby, untidy or in bad condition: *a ratty old anorak.* ▪ informal chiefly N. Amer. nasty or irritable: *ratty-tempered.* ▸ **rat·ti·ness** n.

**rau·cous** /ˈrôkəs/ ▸adj. making or constituting a disturbingly harsh and loud noise: *raucous youths.* ▸ **rau·cous·ly** adv. ▸ **rau·cous·ness** n.

**raunch** /rônch/ ▸n. informal energetic earthiness, esp. in sexuality: *the raunch of his first album.*

**raun·chy** /ˈrônchē/ ▸adj. (**raunchier**, **raunchiest**) informal 1 energetically earthy and sexually explicit. 2 (esp. of a place) slovenly; grubby. ▸ **raunch·i·ly** /-əlē/ adv. ▸ **raunch·i·ness** n.

**Rau·schen·berg** /ˈrou̇shənbərɡ/, Robert (1925– ), U.S. artist. Some of his paintings incorporate three-dimensional objects.

**rau·wol·fi·a** /rouˈwo͝olfēə; rôˈwôl-/ (also **rauvolfia**) ▸n. a tropical shrub or tree (genus *Rauvolfia*) of the dogbane family, some of which are cultivated for their medicinal properties. Most species include the Indian snakeroot (*R. serpentina*), from which reserpine is obtained.

**ravage** /ˈravij/ ▸v. [trans.] cause severe and extensive damage to: *fears that a war could ravage their country.* ▸n. (ravages) the severely damaging or destructive effects of something: *help to withstand the ravages of time.* ▪ acts of destruction: *the ravages committed by man.* ▸ **rav·ag·er** n.

**rave** /rāv/ ▸v. [trans.] 1 talk wildly or incoherently, as if one were delirious or insane. ▪ address someone in an angry, uncontrolled way [with direct speech] *"Never mind!" Melissa raved.* 2 speak or write about someone or something with great enthusiasm or admiration. 3 informal attend or take part in a rave party. ▸n. 1 (informal) an extremely enthusiastic recommendation or appraisal of someone or something. 2 informal a lively party or gathering involving dancing and drinking. ▪ a party or event attended by large numbers of people, involving drug use and dancing to fast, electronic music. ▪ electronic dance music of the kind played at such events.

**Rav·el** /raˈvel/, Maurice (Joseph) (1875–1937), French composer. His works include *Daphnis and Chloë* (1912) and *Boléro* (1928).

**rav·el** /ˈravəl/ ▸v. (**raveled**, **raveling**; Brit. **ravelled**, **ravelling**) [trans.] 1 (**ravel out**) untangle or unravel something: *raveled out his herring net.* 2 confuse or complicate (a question or situation). ▪ ravel out; untangle. ▸n. a tangle, cluster, or knot.

**rav·el·ing** /ˈrav(ə)liNG/ ▸n. a thread from a woven or knitted fabric that has frayed or started to unravel.

**ra·ven**[1] /ˈrāvən/ ▸n. a large heavily built crow, esp. the common raven (*Corvus corax*), feeding chiefly on carrion (esp. of hair) of a glossy black color.

**rav·en**[2] /ˈravən/ ▸v. [intrans.] archaic (of a ferocious wild animal) search for prey. ▪ [trans.] devour voraciously.

**rav·en·ing** /ˈrav(ə)niNG/ ▸adj. (of a ferocious wild animal) extremely hungry and hunting for prey.

**Ra·ven·na** /rəˈvenə/ a city in northeast central Italy; pop. 135,000. It was the capital of the western Roman empire from 402 until 476.

**rav·en·ous** /ˈravənəs/ ▸adj. extremely hungry. ▪ (of hunger or need) very great; voracious. ▸ **rav·en·ous·ly** adv. ▸ **rav·en·ous·ness** n.

**raver** /ˈrāvər/ ▸n. informal a person who goes to raves, or who talks wildly or incoherently.

**rave-up** ▸n. informal a fast, loud, or danceable piece of pop music.

**Ra·vi** /ˈrävē/ a river in the north of the Indian subcontinent, one of the headwaters of the Indus River.

**rav·in** /ˈravən/ ▸n. archaic or poetic/literary violent seizure of property; plunder.

**ra·vine** /rəˈvēn/ ▸n. a deep, narrow gorge with steep sides.

**rav·ing** /ˈrāviNG/ ▸n. (usu. **ravings**) wild, irrational, or incoherent talk: *the ravings of a madwoman.* ▸adj. informal used to emphasize the bad or extreme quality of someone or something: *a raving beauty.*

**rav·i·o·li** /ˌravēˈōlē/ ▸n. small pasta envelopes containing ground meat, cheese, or vegetables. See illustration at PASTA.

**rav·ish** /ˈraviSH/ ▸v. [trans.] 1 archaic seize and carry off (someone) by force. ▪ dated (of a man) force (a woman or girl) to have sexual intercourse against her will. 2 (often be ravished) poetic/literary (someone) with intense delight; enrapture. ▸ **rav·ish·er** n. ▸ **rav·ish·ment** n.

**rav·ish·ing** /ˈraviSHiNG/ ▸adj. delightful; entrancing: *she looked ravishing.* ▸ **rav·ish·ing·ly** adv.

**raw** /rô/ ▸adj. 1 (of food) uncooked: *raw eggs.* ▪ (of a material or substance) in its natural state: not yet processed or purified: *raw sewage.* ▪ (of information) not analyzed, evaluated, or processed for use. ▪ (of the edge of a piece of cloth) not having a hem or selvage. ▪ (of a person) new to an activity or job and therefore lacking experience or skill. 2 (of a part of the body) red and painful, esp. as the result of skin abrasion. 3 (of the weather) cold, and damp: *a raw night.* 4 (of an emotion or quality) strong and undisguised: *he exuded an air of raw, vibrant sexuality.* ▪ frank and realistic in the depiction of unpleasant facts or ...

... *uncompromising portrait.* ▪ informal (of language) coarse or crude, typically in relation to sexual matters. ▸ **raw·ly** adv.

**in the raw** 1 in its true state; not made to seem better or more palatable than it actually is: *nature in the raw.* 2 informal (of a person) naked.

**raw bar** ▸n. a bar or counter that sells raw oysters and other seafood.

**raw·boned** /ˈrôˌbônd/ ▸adj. having a bony or gaunt physique.

**raw·hide** /ˈrôˌhīd/ ▸n. stiff untanned leather. ▪ a whip or rope made of this leather.

**Raw·lings** /ˈrôliNGz/, Marjorie Kinnan (1896–53), U.S. writer. The Yearling (1938) for young adults.

**Raw·lin·son** /ˈrôlinsən/ ▸n. the basic material from which a product is made.

**Raw·sthorne** (1890–1976), U.S. painter; born Emmanuel Rudnitzky. He was a leading figure in the New York and European Dada movements.

**Ray**, Satyajit (1921–92), Indian director. He brought Indian cinema to Western audiences.

**ray**[1] /rā/ ▸n. 1 each of the lines in which light (and heat) may seem to stream from the sun or any luminous body, or pass through a small angle: *a ray of sunlight.* ▪ the straight line in which light or other electromagnetic radiation travels to a given point. ▪ [with adj.] a specified form of nonluminous radiation. ▪ Mathematics any of a number of straight lines passing through one point. ▪ (rays) stored, hot considered in the context of sunbathing. ▪ figurative an initial slight indication of a positive or welcome quality in a time of difficulty or trouble. 2 a thing that is arranged radially, in particular: ▪ Zoology (in a composite flowerhead of the daisy family) any of the florets arranged radially around the central disc, forming the part of the flowerhead of a daisy. ▪ (also tin ray) Zoology each of the long, slender bony protuberances supporting the fins of most fishes. ▪ Zoology each radial arm of a starfish. ▸v. [no obj., with adverbial] proceed spread from or as if from a central point: *delicate light rays rayed out.* ▪ [with obj. and adverbial poetic/literary radiate] light: *the sun rays forth its natural light.* ▸ **ray·less** adj. (chiefly poetic/literary)

**ray**[2] ▸n. a broad, flat marine or freshwater fish (Rajidae and other families, subclass Elasmobranchii) with cartilaginous skeleton, winglike pectoral fins, and a long whiplike tail. Many rays have weaponry in the form of venomous spines or electric organs.

**Ray**[3] /rā/, Man, see MAN RAY.

**Ray·burn** /ˈrāˌbərn/, Samuel Taliaferro (1882–1961), U.S. politician. In the House he was Speaker of the House 1940–46, 1949–53, 1955–61.

**Ray·leigh**[1] /ˈrālē/ ▸adj. [in combination] chiefly Physics having rays of a specified number or kind: *white-rayed daisies.*

**rayed fish** ▸n. a fish of a large group (subclass Actinopterygii) having thin fins strengthened by slender rays, including all bony fishes apart from the coelacanth and lungfishes. Compare with FRINGE-FINNED FISH, FLESHY.

**ray flo·ret** ▸n. Botany (in a composite flowerhead of the daisy family) any of a number of strap-shaped and typically sterile florets that make up the ray. In plants such as dandelion, the flowerhead is composed entirely of ray florets. Compare with DISC FLORET.

**ray gun** ▸n. (in science fiction) a gun causing injury or damage by the emission of rays.

**Ray·leigh** /ˈrālē/, John William Strutt, 3rd Baron (1842–1919), English physicist. Nobel Prize for Physics (1904).

**Rayleigh scat·ter·ing** ▸n. Physics the scattering of light by particles in a medium, without change in wavelength. It accounts, for example, for the blue color of the sky, since blue light is scattered more efficiently than red.

**Rayleigh wave** ▸n. Physics an undulating wave that travels over the surface of a solid, esp. of the ground in an earthquake, with a speed dependent of wavelength, the motion of the particles being circular.

**Ray·naud's dis·ease** /rāˈnōz/ ▸n. a disease characterized by spasm of the arteries in the extremities, esp. the fingers (Raynaud's phenomenon). It is typically brought on by constant cold or vibration, and leads to pallor, pain, numbness, and in severe cases, gangrene.

**ray·on** /ˈrāˌän/ ▸n. a textile fiber made from regenerated cellulose (viscose). ▪ fabric or cloth made from this fiber.

**raze** /rāz/ ▸v. [trans.] (usu. be razed) completely destroy (a building, town, or other site): *villages were razed to the ground.*

**ra·zor** /ˈrāzər/ ▸n. an instrument with a sharp blade or combination of blades, used to remove unwanted hair from the face or body. ▸v. [trans.] cut with a razor.

**ra·zor·back** /ˈrāzərˌbak/ ▸n. 1 (also razorback hog) a pig of a half-wild breed common in the southern US, with the back formed into a high, narrow ridge. 2 (also razorback ridge) a steep-sided, narrow ridge of land.

**ra·zor·bill** /ˈrāzərˌbil/ ▸n. a black-and-white auk (*Alca torda*) with a deep bill that is said to resemble a straight razor, found in the North Atlantic and Baltic Seas.

**ra·zor clam** ▸n. a burrowing bivalve mollusk (*Ensis* and other genera, family Solenidae) with a long, slender shell that resembles the blade of a straight razor.

**ra·zz** /raz/ informal ▸v. [trans.] tease (someone) playfully. ▸n. another term for RASPBERRY (sense 4).

**raz·zi·a** /ˈrazēə/ ▸n. a historical a hostile raid for the purposes of plunder, and capture of slaves, especially one carried out by Moors in North Africa.

**raz·zle-daz·zle** /ˈrazəl ˈdazəl/ ▸n. informal noisy, showy, and elaborate activity and display designed to attract and impress.

**raz·zma·tazz** /ˈrazməˌtaz/ (also **razzamatazz**) ▸n. informal 1 noisy, showy, and exciting activity and display intended to attract public attention.

**RBC** ▸abbr. red blood cell.

**RBI** Baseball ▸abbr. run batted in (a statistics for enabling a runner to score).

**HC** ▸abbr. Roman Catholic.

**R&D** ▸abbr. research and development.

**RCAF** ▸abbr. Royal Canadian Air Force.

**RCN** ▸abbr. Royal Canadian Navy.

**RCMP** ▸abbr. Royal Canadian Mounted Police.

**rcpt.** ▸abbr. receipt.

**rct.** (also Rct.) ▸abbr. recruit.

**Rd** ▸abbr. Road (used in street names).

**rd.** ▸abbr. rod; rods.

**RDA** ▸abbr. recommended daily (or daily) allowance: the amount of a particular nutrient which should maintain good health.

**RDBMS** Computing ▸abbr. relational database management system.

**Rd** /rdē/ variant spelling of RD.

**Re**[1] ▸symbol the chemical element rhenium.

**Re.** (also ro.) ▸abbr. rupee.

**re**[1] /rā; rē/ ▸prep. in the matter of (used typically as the first word in the heading of an official document or to introduce a specific item in a formal agenda, record, etc.): *re: invoice 87.* ▪ about; concerning: *re the incident.*

USAGE It is often said that, strictly speaking, *re* should be used only in headings and references, as in *Re: Smith vs. Smith*, and not as a normal word meaning 'regarding,' as in *I saw Jim re the party.* However, the word is now generally accepted in informal contexts, if *re* is used may regard it in business jargon or officialese to be avoided.

**re**[2] /rā/ ▸n. Music (in solmization) the note D in the fixed-do system.

**re-** ▸prefix 1 once more; afresh; anew: *return to a previous state; reset; reinsert; reclothe.* ▪ in return; mutually: *react; resemble.* ▪ in hind or after: *relic; remain.* ▪ in cost ▪ back and away; down: *retrieve or intensive force: redouble; rebuff; recant.*

USAGE In modern English, the use of prefixes such as *re-* to be simply ▪ ▪ reshape. For the sake of clarity times favored when the noun erect, for instance, may be better than *reerect.* A hyphen is often required when ... and pronunciation from an already existing "cover again," as in *we decorate.*, as opposed to recover (= *re-colour*). ▸adv. are (usually after ... *we're a bit worried.*

**reach** /rēCH/ ▸v. 1 [no obj., with adverbial] stretch out an arm in a specified direction in order to touch or grasp something. ▪ be able to touch (something) with outstretched arm or hand: *I couldn't quite reach the door handle.* ▪ arrive at; get as far as: *his train reached Euclid.* ▪ succeed in achieving; attain. ▪ extend or cause to extend to a specified point. ▪ be able to stretch so as to touch or get as far as: *the shield will extend to fell point, level, or condition:* ▪ make contact or communication with (someone) by telephone or other means of communication. ▸n. 1 an act of reaching. ▪ the distance to which someone can stretch out their hand.

See page xiii for the Key

# *Hawley's* CONDENSED CHEMICAL DICTIONARY

Eleventh Edition

# Hawley's
# Condensed Chemical
# Dictionary

### ELEVENTH EDITION

*Revised by*

N. Irving Sax
and
Richard J. Lewis, Sr.

 VAN NOSTRAND REINHOLD COMPANY
———————————————————— New York

Copyright © 1987 by Van Nostrand Reinhold Company Inc.

Library of Congress Catalog Card Number: 86-23333
ISBN: 0-442-28097-1

All rights reserved. Certain portions of this work copyright © 1930, 1920, 1919 by
The Chemical Catalog Co., Inc. and 1981, 1977, 1971, 1966, 1956, 1950 by Van Nostrand
Reinhold Company Inc. No part of this work covered by the copyright hereon
may be reproduced or used in any form or by any means—graphic, electronic, or
mechanical, including photocopying, recording, taping, or information storage
and retrieval systems—without permission of the publisher.

Printed in the United States of America

Van Nostrand Reinhold Company Inc.
115 Fifth Avenue
New York, New York 10003

Van Nostrand Reinhold Company Limited
Molly Millars Lane
Wokingham, Berkshire RG11 2PY, England

Van Nostrand Reinhold
480 Latrobe Street
Melbourne, Victoria 3000, Australia

Macmillan of Canada
Division of Canada Publishing Corporation
164 Commander Boulevard
Agincourt, Ontario M1S 3C7, Canada

15 14 13 12 11 10 9 8 7 6 5 4 3


Library of Congress Cataloging-in-Publication Data

Condensed chemical dictionary.
    Hawley's condensed chemical dictionary.

    Rev. ed. of: The Condensed chemical dictionary.
10th ed./rev. by Gessner G. Hawley, 1981.
    1. Chemistry—Dictionaries.   I. Hawley, Gessner
Goodrich, 1905–         II. Sax, N. Irving (Newton Irving)
III. Lewis, Richard J., Sr.   IV. Title.
QD5.C5   1987         540'.3'21         86-23333
ISBN 0-442-28097-1

vasopressin), low molecu-
insulin), and conjugated
and steroid hormones have
' (including insulin) have
e manufactured for medi-
ts are made directly from
? animals.

it growth regulator.

TM for a laboratory
cation in sugar analysis.
tion of Official Agricul-
le in 1-lb, 5-lb and 10-
:ons.

zinc fluosilicate concrete

oactive, e.g., hot labora-

: adhesive, hot-melt;
t.

. Formation of aro-
tydrolysis of trichloro-
obtained by Hoesch
a dichloro- or mono-
nes). Acidic hydrolysis

Synthesis of acylphe-
nolic ethers by the ac-
the presence of hydro-
m chloride as catalyst.

wing-bed type of cata-
e catalyst pellets move
:tor concurrently with
hen separated and re-

t.

Decomposition of pe-
m fractions into more
als by heating at 500C
nina-manganese oxide

droxypropyl acrylate.

for hard-processing

h-performance liquid

---

**HS.** Abbreviation for hydroxylamine sulfate.

**"HT-44."**[212]  TM for an extremely heat-stable liquefying enzyme (an amylase) from a bacterial source high in α-amylase activity.
Use: Textiles, starch adhesives, paper, brewing, industrial grain alcohol.

**"HTH."**[84]  TM for a high-test calcium hypochlorite product commercially available as a stable, water-soluble material in both granular and tablet form, containing a minimum of 70% available chlorine as calcium hypochlorite.
Use: Bleaching, sterilizing, oxidizing.

**"HTH-15."**[84]  TM for an all-purpose germicide, disinfectant and stain remover. Contains 15% of available chlorine and yields sodium hypochlorite solutions directly when added to water.
Use: Dairy and poultry farm sanitation, for sterilizing glasses and food utensils and general sanitation.

**HTST.**  Abbreviation for high-temperature short-time, refers to processes such as pasteurization, sterilization, etc.

**HTU.**  Abbreviation for height of a transfer unit: the height of a distillation column or fractionating tower in which unit separation is achieved by transfer from liquid to vapor or vice versa, of the materials being separated. Unit separation is defined by the differential equation that takes into account the varying concentrations along the column. HTU is also applied to extraction and other countercurrent separation processes.

**Huber's reagent.**  An aqueous solution of ammonium molybdate and potassium ferrocyanide used for detecting free mineral acid. With the exception of boric acid and arsenic trioxide, free mineral acids produce a reddish-brown precipitate, or a turbidity with the reagent.

**Hubl's reagent.**  (a) 50 g iodine dissolved in one L of 95% alcohol. (b) 60 g mercuric chloride dissolved in one L of alcohol. (c) Make up an iodine monochloride solution from (a) and (b). Add an excess to a known weight of the fat or oil dissolved in chloroform. The excess of iodine chloride can be estimated by the potassium iodide and thiosulfate method. By running a blank test, the amount of iodine absorbed can be estimated.
Use: Determination of iodine values of oils and fats.

**Hudson isorotation rules.**  For anomeric (alpha and beta) sugars, Hudson's isorotation rule states that (a) the rotation of carbon 1 in many sugar derivatives is affected in only a minor degree by changes in the structure of the rest of the molecule and (b) changes in the structure of carbon 1 affect in only a minor degree the rotation of the remainder of the molecule. Another way of stating the rule is to say that the rotation of any aldose derivative is the algebraic sum of A and B where A is the contribution of the anomeric center and B is the contribution of the rest of the molecule.

**Hudson lactone rule.**  The value of the rotation of aldonic acid lactones is decisively affected by the configuration of that carbon atom whose hydroxyl group is engaged in the cyclization. If, in the normal Fischer projection formula, the lactone ring is written on the right, the lactone is dextrorotatory; if it is written on the left, the lactone is levoratory.

**humectant.**  A substance having affinity for water with stabilizing action on the water content of a material. A humectant keeps within a narrow range the moisture content caused by humidity fluctuations. Example, glycerol.
Use: Tobacco, baked products, dentifrices.

**humic acid.**  A brown, polymeric constituent of soils, lignite and peat; it contains the brownish-black pigment melanin. It is soluble in bases, but insoluble in mineral acids and alcohols. It is not a well-defined compound, but a mixture of polymers containing aromatic and heterocyclic structures, carboxyl groups and nitrogen. An excellent chelating agent, important in the exchange of cations in soils. It is a natural stream pollutant and is thought to be capable of triggering the "red tide" phenomenon due to microorganisms in seawater. Detectable to 0.1 ppm in water.
Use: Drilling fluids, printing inks, plant growth.

**humidity, absolute.**  The pounds of water vapor per pound of dry air in an air-water vapor mixture.

**humidity indicator.**  A cobalt salt (e.g., cobaltous chloride) that changes color as the humidity of the environment changes. Cobaltous compounds are pink when hydrated and greenish-blue when anhydrous.

**humidity, relative.**  The percentage relation between the actual amount of water vapor in a given volume of air at a definite temperature and the maximum amount of water vapor that would be present if the air were saturated with water vapor at that temperature.

**"Humulin."**[100]  TM for synthetic insulin. It is the first recombinant DNA product to be made commercially; approved by FDA.