# Exhibit 7

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                      MARSHALL DIVISION

 3

 4  MICROBES, INC. and                  )
    RHIZOGEN, L.L.C.,                   )
 5                                      )
              Plaintiffs,               )
 6                                      )
        vs.                             ) CIVIL ACTION FILE
 7                                      ) NO.: 2:09-CV-00237
                                        )
 8  THE ESPOMA COMPANY, ADVANCED        )
    MICROBIAL SOLUTIONS, L.L.C., and    )
 9  CALLOWAY'S NURSERY, INC.,           )
                                        )
10            Defendants.               )

11                         - - -

12

13           VIDEOTAPED DEPOSITION OF
                 JOSEPH KLOEPPER
14              JANUARY 19, 2011
                   9:00 A.M.
15

16      HILL, KERTSCHER & WHARTON, LLP
        3350 RIVERWOOD PARKWAY SUITE 800
17            ATLANTA, GEORGIA

18

19

20

21            REPORTED BY:
         STEVEN S. HUSEBY, RPR
22             CCR-B-1372

23

24

25
```

1   together is for us to have a discussion about
2   these terms.  I think we should start with the
3   definition of the term yield.
4       ==Your testimony to the Court will be that==
5   ==the term yield means increasing the amount of==
6   ==food crop harvested per unit area of land, is==
7   ==that right?==
8       ==A.   Yes.==
9       Q.   And your testimony will be that the
10  yield is not measured on an individual plant,
11  is that right?
12      A.   I would say it's not commonly measured
13  on an individual plant, and the reason I'm
14  saying that is I'm sure we'll find papers
15  where somebody says yield was determined, say,
16  in a greenhouse on something like a tomato and
17  it might have been done on so many plants.  So
18  in the broadest sense, people use the term
19  yield in a more specific way.  But I would
20  agree that the most common way of measuring
21  and determining yield, especially in fields,
22  it's not on an individual plant.
23      Q.   Okay.  So it's the amount of food crop
24  harvested per unit area of land and not
25  measured on an individual plant; that's your

1      A.   What's the question, I'm sorry?

2      Q.   The question is, in a general sense,

3  as you exemplified it with yogurt, a probiotic

4  bacteria benefits the organism to which it is

5  applied, in this case a human being in the

6  case of yogurt, right?

7      A.   Yes.

8      Q.   In the case of plants or fertilizers

9  where the bacillus -- the probiotic bacillus

10 bacteria is applied to the rhizosphere, the

11 root zone of the plant, does the probiotic

12 bacteria have a beneficial effect on the plant

13 in the same way that the bacteria in yogurt

14 would benefit the human being?

15     A.   It does have a benefit on the plant.

16     Q.   And would the benefit be exemplified

17 by increasing yield?

18     A.   That would be one of the ways it would

19 be exemplified.

20     Q.   And another example would be reducing

21 the nitrogen requirements of the plant, right?

22     A.   Yes.

23     Q.   And would another benefit be something

24 that we discussed earlier, protecting the

25 plant from something bad happening to it?

1    A.   It could, however -- see, this gets
2 into the -- these terms.  Some terms have a
3 scientific technical meaning, others are more
4 used in kind of general discussions in
5 society.
6    Q.   Right.
7    A.   Probiotic is in that second category.
8 The term -- and I'm getting to your question
9 because your question would it also include --
10 would probiotic also include these disease
11 protecting?  We have another word that's more
12 commonly used for that, which is biocontrol --
13 biological control.  I've -- so that's why to
14 me this proposed terminology here that talks
15 about yield and nitrogen is sufficient.
16    Q.   Okay.  But it could have other
17 benefits on the plant besides nitrogen and --
18    A.   There could be other benefits.
19    Q.   Okay.  Well, let's look at it -- at
20 the phrase probiotic bacillus bacteria as it
21 appears in claim term number 15.
22    A.   15.
23    Q.   That's on the next page -- actually,
24 the next two pages.  Term 15 says probiotic
25 bacillus bacteria capable of enhancing

1  Q.  That's the exhibit we've been
2  discussing.
3  A.  Oh, it's the same one.  Okay.  Which
4  page again?
5  Q.  Page 25.  The term is humic acid, and
6  that's term number 12.
7  A.  Yes.
8  Q.  And my question is what is the
9  definition of humus?
10 A.  Humus is decayed organic material, and
11 typically often in the general term of like
12 soil science the humus is the upper layer of
13 the soil that has this decaying plant
14 material.
15 Q.  So it's any -- is it any plant
16 material decays and forms humus?
17 A.  Well, lignin is one of the main
18 compounds plant cell walls break down, and
19 humic substances can include humus, humic acid
20 and another acid, folic acid.
21 Q.  So is humus, humic acid, are those
22 different things?
23 A.  They are different by some ways of
24 clustering these.  I have read where people
25 clump humus together in the general category

1  of humic substances and include humic acid as
2  another of the humic substances. But in the
3  general usage and the way that like soils by
4  science 101 is taught usually is humus is the
5  actual more recently decaying organic
6  material. That's the stuff that gardeners
7  want to put in their garden to have nice lumpy
8  soil. Humic acid is more of a specific
9  compound.
10      Q.   Okay. Well, let me refer to the
11 definition of humic acid as proposed by
12 defendants in Exhibit 119. It states that
13 humic acid is an acid that is naturally
14 produced during the decomposition of organic
15 matter. Do you see that?
16      A.   Yes, I do.
17      Q.   Now, is humic acid a product of
18 decomposition after an extended period of time
19 or is it something that would fit under the
20 definition of humus that you just described?
21      A.   Humic acid can come from humus, but it
22 can also come from organic materials that have
23 been for a long period of time, such as even
24 lignite and coal.
25      Q.   Okay. So humus can turn into humic

```
 1    it be true that in the context of how humic
 2    acid is used in this patent, it's used as a
 3    hardening agent?
 4         A.   It was my understanding that it's used
 5    for that and also as a -- just a source of
 6    organic material.
 7         Q.   Okay.  Looking to line 64 and 65,
 8    there's a statement, quote, "Potassium humate
 9    derived from oxidized lignite is also
10    effective."  Do you see that?
11         A.   Yes, I do.
12         Q.   Now, based on how the humates are
13    described, including potassium humate in the
14    patent, would you include humates as a humic
15    acid?
16         A.   Well, the humate would be the salt
17    form, so it's technically not an acid, but I
18    would include them in humic substances is the
19    way -- the categories I've usually seen.  So
20    it's obviously very much related to humic
21    acid, but it's not in acid form.
22         Q.   But in your experience, do they
23    typically exist together?
24         A.   You often have both humates and humic
25    acid together.
```