# Exhibit 9

THE ESSENTIAL RESOURCE—
FROM THE FIRST NAME IN REFERENCE

# THE
# OXFORD
# AMERICAN
# COLLEGE
# DICTIONARY

- The first college dictionary ever compiled by Oxford University Press

- More than 400,000 entries and definitions

- More than 1,000 illustrations, including line drawings, photographs, and maps

G. P. Putnam's Sons
*Publishers Since 1838*
a member of
Penguin Putnam Inc.
375 Hudson Street
New York, NY 10014

Copyright © 2002 by Oxford University Press, Inc.
Oxford is a registered trademark of Oxford University Press.
All rights reserved. No part of this publication may be reproduced, stored
in a retrieval system, or transmitted in any form or by any means, electronic,
mechanical, photocopying, recording, or otherwise, without the prior permission
of Oxford University Press.

*The Oxford American College Dictionary* is based on *The New Oxford American Dictionary* published in 2001.

Library of Congress Cataloging-in-Publication Data

The Oxford American college dictionary.
p. cm.
ISBN 0-399-14415-3 (acid-free paper)
1. English language—Dictionaries. I. Oxford University Press.
PE1628.O8614    2002             2002019080
423—dc21

This book includes some words that are, or are asserted to be, proprietary names or trademarks. Their inclusion does not imply that they have acquired for legal purposes a nonproprietary or general significance, nor is any other judgment implied concerning their legal status. In cases where the editor has some evidence that a word is used as a proprietary name or trademark, this is indicated by the designation trademark, but no judgment concerning the legal status of such words is made or implied thereby.

Printed in the United States of America

1  3  5  7  9  10  8  6  4  2

This book is printed on acid-free paper.

ing of two separate branches either side of and asymptotic to a central straight line (the asymptote), such that if a line is drawn from a fixed point (the pole) to intersect both branches, the part of the line falling between the two branches is of constant length and is exactly bisected by the asymptote.

**con·choi·dal** /käNG'koidl/ ▸adj. chiefly Mineralogy denoting a type of fracture in a solid (such as flint or quartz) that results in a smooth rounded surface resembling the shape of a scallop shell.

**con·chol·o·gy** /käNG'käləjē/ ▸n. the scientific study or collection of mollusk shells. Compare with MALACOLOGY. —**con·cho·log·i·cal** /ˌkäNGkə'läjikəl/ adj.; **con·chol·o·gist** /-jist/ n.

**con·cierge** /kôN'syerZH/ ▸n. 1 (esp. in France) a caretaker of an apartment complex or a small hotel, typically one living on the premises. 2 a hotel employee whose job is to assist guests by making theater and restaurant reservations, etc.

**con·cil·i·ar** /kən'silēər/ ▸adj. of, relating to, or proceeding from a council, esp. an ecclesiastical one.

**con·cil·i·ate** /kən'silē,āt/ ▸v. [trans.] stop (someone) from being angry or discontented; placate; pacify. ■ [intrans.] act as a mediator. ■ formal reconcile; make compatible: *all complaints about charges will be conciliated if possible.* —**con·cil·i·a·tion** /kənˌsilē'āSHən/ n.; **con·cil·i·a·tive** /-'silēətiv, -ē,ātiv/ adj.; **con·cil·i·a·tor** /-,ātər/ n.

**con·cil·i·a·to·ry** /kən'silēə,tôrē/ ▸adj. intended or likely to placate or pacify: *a conciliatory approach.* —**con·cil·i·a·to·ri·ness** n.

**con·cise** /kən'sīs/ ▸adj. giving a lot of information clearly and in a few words; brief but comprehensive. —**con·cise·ly** adv.; **con·cise·ness** n.; **con·ci·sion** /-'siZHən/ n.

**con·clave** /'kän,klāv/ ▸n. a private meeting. ■ (in the Roman Catholic Church) the assembly of cardinals for the election of a pope. ■ the meeting place for such an assembly.

**con·clude** /kən'klo͞od/ ▸v. 1 [trans.] bring (something) to an end. ■ [intrans.] come to an end: *the talk concluded with slides.* ■ formally and finally settle or arrange (a treaty or agreement). 2 arrive at a judgment or opinion by reasoning. ■ [with direct speech] say in conclusion: *"It's a wicked old world," she concluded.*

**con·clu·sion** /kən'klo͞oZHən/ ▸n. 1 the end or finish of an event or process. ■ the summing-up of an argument or text. ■ the settling or arrangement of a treaty or agreement. 2 a judgment or decision reached by reasoning: *each research group came to a similar conclusion.* ■ Logic a proposition that is reached from given premises. **PHRASES in conclusion** lastly; to sum up. **jump (or leap) to conclusions** make a hasty judgment before learning or considering all the facts.

**con·clu·sive** /kən'klo͞osiv, -ziv/ ▸adj. (of evidence or argument) serving to prove a case; convincing. ■ (of a victory) achieved easily or by a large margin. —**con·clu·sive·ly** adv.; **con·clu·sive·ness** n.

**con·coct** /kən'käkt/ ▸v. [trans.] make (a dish or meal) by combining various ingredients. ■ create or devise (said esp. of a story or plan). —**con·coct·er** n.; **con·coc·tion** /kən'käkSHən/ n.

**con·com·i·tance** /kən'kämitəns/ ▸n. (also **concomitancy**) the fact of existing or occurring together with something else. ■ Theology the doctrine that the body and blood of Christ are each present in both the bread and the wine of the Eucharist.

==**con·com·i·tant** /kən'kämitənt/ formal ▸adj. naturally accompanying or associated. ▸n. a phenomenon that naturally accompanies or follows something.== —**con·com·i·tant·ly** adv.

**Con·cord**[1] /'käNGkərd; -,kôrd/ 1 a city in north central California; pop. 121,780. 2 a town in northeastern Massachusetts; pop. 16,993. Battles here and at Lexington in April 1775 marked the start of the American Revolution. 3 the capital of New Hampshire, in the southern part of the state; pop. 40,687. 4 a city in south central North Carolina; pop. 55,977.

**Con·cord**[2] ▸n. a variety of dessert grape developed at Concord, Massachusetts.

**con·cord** /'käNG,kôrd; 'kän-/ ▸n. 1 formal agreement or harmony between people or groups. ■ a treaty. 2 Grammar agreement between words in gender, number, case, person, etc. 3 Music a chord that is pleasing or satisfactory in itself.

**con·cord·ance** /kən'kôrdns/ ▸n. 1 an alphabetical list of words present in a text, usually with citations of the passages concerned: *a concordance to the Bible.* 2 formal agreement. ■ Medicine the inheritance by two related individuals (esp. twins) of the same genetic characteristic, such as susceptibility to a disease. ▸v. [trans.] [often as adj.] (**concordanced**) make a concordance of: *the value of concordanced information.*

**con·cord·ant** /kən'kôrdnt/ ▸adj. in agreement; consistent: *the answers were roughly concordant.* ■ Geology corresponding in direction with the planes of adjacent or underlying strata. ■ Medicine (of twins) inheriting the same genetic characteristic, such as susceptibility to a disease. ■ Music in harmony. —**con·cord·ant·ly** adv.

**con·cor·dat** /kən'kôr,dæt/ ▸n. an agreement or treaty, esp. one between the Vatican and a secular government relating to matters of mutual interest.

**Con·corde** /'käNG,kôrd; 'kän-/ a supersonic airliner able to cruise at twice the speed of sound.

**Con·cord grape** ▸n. a cultivated variety of fox grape, used to make wine, juice, and jellies.

**Con·cor·dia** /kən'kôrdēə/ a port city in northeastern Argentina; pop. 139,000.

**con·course** /'kän,kôrs; 'käNG-/ ▸n. 1 a large open area inside or in front of a public building, as in an airport or train station: *the domestic arrivals concourse.* 2 formal a crowd or assembly of people. ■ the action of coming together or meeting.

**con·cres·cence** /kən'kresəns/ ▸n. Biology the coalescence or growing together of parts originally separate. —**con·cres·cent** /-ənt/ adj.

**con·crete** ▸adj. /kän'krēt; 'kän,krēt; kən'krēt/ existing in a material or physical form; real or solid; not abstract. ■ specific; definite. ■ (of a noun) denoting a material object as opposed to an abstract quality, state, or action. ▸n. /'kän,krēt/ a heavy, rough building material made from a mixture of broken stone or gravel, sand, cement, and water, that can be spread or poured into molds and that forms a stonelike mass on hardening. ▸v. /'kän,krēt; kən'krēt/ [trans.] (often **be concreted**) cover (an area) with concrete. ■ [trans.] fix in position with concrete: *the post is concreted into the ground.* —**con·crete·ly** adv.; **con·crete·ness** n. **PHRASES be set in concrete** (of a policy or idea) be fixed and unalterable.

**con·crete jun·gle** ▸n. a city or area of a city that has a high density of large, unattractive, modern buildings and that is perceived as an unpleasant living environment.

**con·crete mu·sic** ▸n. another term for MUSIQUE CONCRÈTE.

**con·crete po·et·ry** ▸n. poetry in which the meaning or effect is conveyed partly or wholly by visual means, using patterns of words or letters and other typographical devices.

**con·cre·tion** /kən'krēSHən; kän-/ ▸n. a hard solid mass formed by the local accumulation of matter, esp. within the body or within a mass of sediment. ■ the formation of such a mass. —**con·cre·tion·ar·y** /-SHə,nerē/ adj.

**con·cret·ism** /kän'krē,tizəm; 'käNGkrē-/ ▸n. the theory or practice of concrete poetry, in which the visual arrangement of words in patterns or forms on the page takes precedence over the semantic and phonetic elements involved.

**con·cre·tize** /'känkrə,tīz; kän'krē,tīz/ ▸v. [trans.] make (an idea or concept) real; give specific or definite form to: *the theme park tries to attempt to concretize our fantasies.* —**con·cret·i·za·tion** /ˌkänkrētə'zāSHən, ˌkäNGkrətə-/ n.

**con·cu·bine** /'käNGkyə,bīn/ ▸n. chiefly historical (in polygamous societies) a woman who lives with a man but has lower status than his wife or wives. ■ archaic a mistress. —**con·cu·bi·nage** /kən'kyo͞obənij; kän-/ n.; **con·cu·bi·nar·y** /kən'kyo͞obə,nerē/ adj.

**con·cu·pis·cence** /kän'kyo͞opisəns; kən-/ ▸n. formal strong sexual desire; lust.

**con·cu·pis·cent** /kän'kyo͞opisənt; kən-/ ▸adj. formal filled with sexual desire; lustful: *concupiscent dreams.*

**con·cur** /kən'kər/ ▸v. (**concurred, concurring**) [intrans.] 1 be of the same opinion; agree. ■ (**concur with**) agree with (a decision, opinion, or finding): *we strongly concur with this recommendation.* 2 happen or occur at the same time; coincide. —**con·cur·rence** /-'kərəns/ n.; **con·cur·ren·cy** /-'kərənsē/ n.

**con·cur·rent** /kən'kərənt/ ▸adj. existing, happening, or done at the same time. ■ (of two or more prison sentences) to be served at the same time. ■ Mathematics (of three or more lines) meeting at or tending toward one point. —**con·cur·rent·ly** adv.

**con·cur·rent res·o·lu·tion** ▸n. a resolution adopted by both houses of a legislative assembly that does not require the signature of the chief executive and that does not have the force of law.

**con·cuss** /kən'kəs/ ▸v. [trans.] [usu. as adj.] (**concussed**) hit the head of (a person or animal), causing temporary unconsciousness or confusion. —**con·cus·sive** /-'kəsiv/ adj.

**con·cus·sion** /kən'kəSHən/ ▸n. 1 temporary unconsciousness caused by a blow to the head. Also, loosely, aftereffects such as confusion or temporary incapacity. 2 a violent shock as from a heavy blow.

**con·demn** /kən'dem/ ▸v. [trans.] 1 express complete disapproval of, typically in public; censure. 2 sentence (someone) to a particular punishment, esp. death: *the rebels had been condemned to death.* ■ (usu. **be condemned**) officially declare (something, esp. a building) to be unfit for use. ■ prove or show the guilt of. ■ (of circumstances) force (someone) to endure something unpleasant or undesirable. —**con·dem·na·ble** /-'dem(n)əbəl/ adj.; **con·dem·na·tion** /ˌkändem'nāSHən, -dəm-/ n.; **con·dem·na·to·ry** /-'demnə,tôrē/ adj.

**con·den·sate** /'kändən,sāt; 'kän,den-; kən'den-/ ▸n. a liquid formed by condensation. ■ Chemistry a compound produced by a condensation reaction.

**con·den·sa·tion** /ˌkändən'sāSHən; -dən-/ ▸n. 1 water that collects as droplets on a cold surface when humid air is in contact with it. 2 the process of becoming more dense, in particular: ■ (also **condensation**) Chemistry a reaction in which two molecules combine to form a larger molecule, producing a small molecule such as H₂O. ■ the conversion of a vapor or gas to a liquid.